JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6229** CR-FERGUSON

18 U.S.C. §1344

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.

AUG 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| JULIET ROSEMARIE MURRAY, a/k/a Juliet R. Murray, a/k/a Juliet Murray, | : |
| DEFENDANT. | : |

## INDICTMENT

### COUNTS 1-15

On or about the dates set forth below, at Broward County, in the Southern District of Florida, the defendant,

**JULIET ROSEMARIE MURRAY,**
a/k/a "Juliet R. Murray",
a/k/a "Juliet Murray",

knowingly and willfully devised and executed a scheme and artifice and attempted to do so, to obtain moneys owned by and under the custody and control of MBNA, a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, and the defendant committed acts in

1



execution of the scheme by taking over the identities of MBNA bank account holders and fraudulently transferring funds from MBNA credit card accounts to various bank accounts and credit union bank accounts under her true name and control in the amounts as described and set forth below:

## EXECUTIONS OF SCHEME

| COUNT | DATE | BANK | ACCOUNT NAME | AMOUNT | ACCT FUNDS DEPOSITED |
|---|---|---|---|---|---|
| 1 | 5/17/99 | MBNA | Jackie P. Murray, Account No. 5329 0419 4308 4878 | $15,000 | Juliet Murray, City County Credit Union, Account No. 3190794 |
| 2 | 5/24/99 | MBNA | Johnson Murray, Account No. 5490-9902-1800-0543 | $2,500 | Juliet Murray, City County Credit Union, Account No. 3190794 |
| 3 | 5/24/99 | MNBA | Jackie P. Murray, Account No. 5329 0419 4308 4878 | $4,000 | Juliet Murray, City County Credit Union, Account No. 3190794 |
| 4 | 7/16/99 | MBNA | Jackie P. Murray, Account No. 5329 0419 4308 4878 | $3,000 | Juliet Murray, City County Credit Union, Account No. 3190794 |
| 5 | 7/27/99 | MBNA | Jackie P. Murray, Account No. 5329 0419 4308 4878 | $2,500 | Juliet Murray, City County Credit Union, Account No. 3190794 |
| 6 | 8/6/99 | MBNA | Jackie P. Murray, Account No. 5309 0419 4308 4878  5329 ZR | $2,100 | Juliet Murray, City County Credit Union, Account No. 3190794 |
| 7 | 8/20/99 | MBNA | J.J. Murray, Account No. 4264 2927 7214 4149 | $4,000 | Juliet R. Murray, Bank of America, Account No. 003437998740 |
| 8 | 1/6/00 | MBNA | C.H. Barnes, Account No. 5490 9913 5141 6561 | $2,500 | Juliet P. Murray, Sun Trust Bank, Account No. 0404003144695 |
| 9 | 1/14/00 | MBNA | CH Barnes, Account No. 5490 9913 5141 6561 ZR | $3,000 | Juliet P. Murray, Sun Trust Bank, Account No. 0404003144695 |
| 10 | 2/16/00 | MBNA | Janet Murray, Account No.4264 2904 5004 5828 | $3,000 | Juliet P. Murray, Bank of America, Account No. 003665482536 |

2

| COUNT | DATE | BANK | ACCOUNT NAME | AMOUNT | ACCT FUNDS DEPOSITED |
|---|---|---|---|---|---|
| 11 | 2/23/00 | MBNA | June Murray, Account No. 4264 2926 8524 2907 | $5,500 | Juliet P. Murray, Bank of America, Account No. 003665482536 |
| 12 | 3/1/00 | MBNA | Janet Murray, Account No. 4264 2904 5004 5828 | $3,500 | Juliet P. Murray, Bank of America, Account No. 003665482536 |
| 13 | 4/26/99 | MBNA | Johnson Murray, Account No. 5490 9902 1800 0543 | $5,000 | Juliet P. Murray, Washington Mutual Bank, Account No. 1940617161 |
| 14 | 5/14/99 | MBNA | Johnson Murray, Account No. 5450 9902 2800 0543 | $2,500 | Juliet P. Murray, Washington Mutual Bank, Account No. 1940617161 |
| 15 | 7/29/99 | MBNA | Julie L. Murray, Account No. 4313 0246 8630 6170 | $5,000 | Juliet P. Murray, Washington Mutual Bank, Account No. 1940617161 |

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL

_Leonard Ratt_

FOREPERSON

_Steven B. Oster_

for GUY A. LEWIS
UNITED STATES ATTORNEY

_Jeffrey H. Kay_

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

JULIET ROSEMARIE MURRAY
_____        **Superseding Case Information**:

**Court Division**: (Select One)    New Defendant(s)     Yes ___  No _X_
                                    Number of New Defendants ___
___ Miami   ___ Key West            Total number of counts ___
_X_ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:       (Yes or No) NO _____
    List language and/or dialect _____

4.  This case will take   _3_   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                    (Check only one)

    I    0 to 5 days      _X_      Petty      ___
    II   6 to 10 days     ___      Minor      ___
    III  11 to 20 days    ___      Misdem.    ___
    IV   21 to 60 days    ___      Felony     _X_
    V    61 days and over ___

6.  Has this case been previously filed in this District Court? (Yes or No) NO
    If yes:
    Judge: _____     Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) __NO__
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____ District of _____

    Is this a potential death penalty case? (Yes or No) __NO__

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                    _____
                                    JEFFREY H. KAY
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Fla. Bar No. 208035

*Penalty Sheet(s) attached                                    REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: <u>JULIET ROSEMARIE MURRAY</u>   No.: _____

Counts #I-15   BANK FRAUD        (Title 18, United States Code, Section 1344)

*Max Penalty:     <u>30 years' imprisonment and a $1 million fine</u>

Count #2:    _____

*Max Penalty:_____

**(Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

AO 442 (Rev. 12/85) Warrant for Arrest