## *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

JULIET ROSEMARIE MURRAY

a/k/a Juliet R. Murray, a/k/a Juliet Murray

TO: **The United States Marshal
and any Authorized United States Officer**

FILED by
AUG 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

**CASE NUMBER:**

00 - 6229

CR - FERGUSON
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest _____ JULIET ROSEMARIE MURRAY _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) Bank fraud

in violation of Title __18__ United States Code, Section(s) 1344

CLARENCE MADDOX

Name of Issuing Officer

*Jenny Butler* (signature)

Signature of Issuing Officer

Bail fixed at $ *Detention Requested*

COURT ADMINISTRATOR\CLERK OF THE COURT

Title of Issuing Officer

Fort Lauderdale, Florida

Date and Location

*Lurana S. Snow*

by Barry S. Seltzer, US Magistrate Judge

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __JULIET ROSEMARIE MURRAY__

ALIAS: __a/k/a Juliet R. Murray, a/k/a Juliet Murray__

LAST KNOWN RESIDENCE: __5825 N.W. 13th St., Sunrise Florida__

LAST KNOWN EMPLOYMENT: __1671 N.W. 58th Avenue, Lauderhill, Fl__

PLACE OF BIRTH: _____

DATE OF BIRTH: __8/4/71__

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: __Female__   RACE: __Black__

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __Jack McDonough, S/A Postal Inspection Svc., 3400 Lakeside Dr., 6th Flr__

Miramar, Fl 33027