**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JULIET ROSEMARIE MURRAY (J) | CASE NO: | 00-6229-CR-FERGUSON |
| AUSA: | JEFFREY KAY | ATTY: | |
| AGENT: | JACK McDONOUGH, S/A POSTAL | VIOL: | 18:1344 - BANK FRAUD |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | PTD /100,000 PSB |

BOND HEARING HELD - yes /no   COUNSEL APPOINTED:
BOND SET @: 100,000 PSB   To be cosigned by: Mother by 4:30 on 9-13-00

FILED by D.C.
SEP 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed or ____ x's a week/month by phone. ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☑ Travel restricted to: SD/FL
- ☐ Halfway House ____

Advised of charges

Reading of Indictment Waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 10/3 | 11 | LSS | |

DATE  9/12/00   TIME: 12:00   FTL/LSS TAPE # 00 - 048   Begin: 577   End: 782

pg 5