UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6229-CR-FERGUSON

UNITED STATES OF AMERICA

vs

JULIET ROSEMARIE MURRAY

ARRAIGNMENT INFORMATION SHEET

FILED SEP 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 12, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: _On bond form_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name: _FPD_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $ _100,000 PSB_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __12TH__ day of __SEPTEMBER__, 2000.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By: _Denny Butler_____
                                    Deputy Clerk

                                Tape No. _00-048_____

cc: Copy for Judge
    U. S. Attorney