## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____  499 245

UNITED STATES OF AMERICA

V.

JULIET ROSEMARIE MURRAY

a/k/a Juliet R. Murray, a/k/a Juliet Murray

TO: **The United States Marshal**
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**

# 00-6229

**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest____JULIET ROSEMARIE MURRAY____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) Bank fraud

in violation of Title 18 United States Code, Section(s) 1344

CLARENCE MADDOX                                        COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                                 Title of Issuing Officer

/s/ Jenny Butler                                        Fort Lauderdale, Florida
Signature of Issuing Officer                             Date and Location

Bail fixed at $ Detention Requested                     /s/ Lurana S. Snow
                                                        by Barry S. Seltzer, US Magistrate Judge
                                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/18/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | /s/ |
| DATE OF ARREST<br>9/12/00 | | Glenn Morgan, ASDUSM |

AO 442 (Rev 12/85) Warrant for Arrest

8

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __JULIET ROSEMARIE MURRAY__

ALIAS: __a/k/a Juliet R. Murray, a/k/a Juliet Murray__

LAST KNOWN RESIDENCE: __5825 N.W. 13th St., Sunrise Florida__

LAST KNOWN EMPLOYMENT: __1671 N.W. 58th Avenue, Lauderhill, Fl__

PLACE OF BIRTH: ____

DATE OF BIRTH: __8/4/71__

SOCIAL SECURITY NUMBER: ____

HEIGHT: ____  WEIGHT: ____

SEX: __Female__   RACE: __Black__

HAIR: ____  EYES: ____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____

FBI NUMBER: ____

COMPLETE DESCRIPTION OF AUTO: ____

INVESTIGATIVE AGENCY AND ADDRESS: __Jack McDonough, S/A Postal Inspection Svc., 3400 Lakeside Dr., 6th Flr__

Miramar, Fl 33027