UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55 459·004

UNITED STATES OF AMERICA )
           Plaintiff ) Case Number: CR 00-6229-CR WDF
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Juliet Rosemarie MURRAY
           Defendant

FILED by D.C.
SEP 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 9-13-00        8:30 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 1344 (Bank Fraud)

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 08-4-71

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD of Fla  Ft. Laud.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 9-13-00       (9) Arresting Officer: J. McDonough

(10) Agency: USPS          (11) Phone: 954-436-7340

(12) Comments: