FILED by
00 SEP 28 PM 3:33
CLARENCE MADDOX
CLERK US DIST CT
S.D. OF FLA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. ___00-6229-Cr-FERGUSON |
| | ) | Magistrate Judge |
| v. | ) | |
| JULIET ROSEMARIE MURRAY | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.  1.  Attached, please find a copy of the transcript of statements made by the defendant.

             An audio recording of the statement made by the defendant can be obtained by making arrangements with undersigned counsel. Copies of these tapes can be obtained by providing one blank audio tape to undersigned counsel. These tapes will be used for copying and then returned forthwith.

      2.  The government is unaware of any oral statements made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent that the government intends to use at trial other than the

        statements made in paragraph one at this time.

3. *No defendant testified before the Grand Jury.*

4. The NCIC record of the defendant, if any exists, will be made available upon receipt by this office.

        The defendant has recently pled guilty in state court in Broward County to credit card fraud.

5. The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial. See attached list.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G. The government has advised its agents and officers

2

involved in this case to preserve all rough notes.

H.  The *government will timely advise the defendant* of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.  The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.  The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.  No contraband is involved in this indictment.

L.  The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.  The government is not aware of any latent *fingerprints or palm prints which have been* identified by a government expert as those of the defendant.

N.  To date, the government has not received a request for disclosure of the matter of expert testimony that the government reasonably expects to offer at trial.

O.  The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.  The government is aware of its continuing duty to

3

disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

The attachments to this response are numbered pages 1 - 23. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY M. KAY
Assistant United States Attorney
Florida Bar No. 208035
500 E. Broward Blvd. 7th Flr
Ft. Lauderdale, Fl 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

cc: Special Agent McDonough(Postal Inspector)

4

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 2) day of September, 2000, to Sam Smargon, Assistant Federal Public Defender, 101 N.E. 3rd Ave., Ft. Lauderdale, Fl 33301.

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
JEFFREY H. KAY
Assistant United States Attorney

5

ATTACHMENT

1. Statement of Murray
2. Booking photo
3. Advice or Rights form
4. State complaint
5. Sun Trust account information and photos
6. Shirley Pearl #181, $5,000
7. Jr. Murray checks 9897, 2149, 0944
8. City Credit Union withdrawal 8/27/99
9. City Credit Union withdrawal 8/25/99
10. City Credit Union withdrawal 8/20/99
11. City Credit Union withdrawal 8/20/96
12. City Credit Union withdrawal 8/17/99
13. City Credit Union withdrawal 8/13/99
14. City Credit Union Transaction 7/27/99
15. City Credit Union Transaction 7/22/99
16. City Credit Union Transaction 7/19/99
17. City Credit Union Transaction 7/2/99
18. City Credit Union Transaction 5/17/99
19. City Credit Union Transaction 5/24/99
20. Analysis of accounts
21. Analysis by banks
22. Customer Form
23. Bank Victim Records