UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6229-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,
        vs.

JULIET R. MURRAY, (B)
                    Defendant.



MINUTES
CHANGE OF PLEA

FILED by _____ D.C.

NOV 16 2000

_____
C_____ _____
S.D. OF FLA. FT. LAUD.

        On November 16, 2000, the above-named defendant appeared in
person before the Honorable WILKIE D. FERGUSON, JR., United States
District Judge, with counsel Samuel Smargon, AFPD, appointed by the
**Court/retained** by the defendant, and said defendant stated in open
court that **he/her** desired to withdraw the plea of not guilty
heretofore entered and desired to enter a plea of guilty as to
Count(s) _one_ of the Indictment.   After the defendant was duly
sworn, the Court made inquiry as to guilt.   The Court, being
satisfied there was a factual basis for the plea, accepted the plea
of guilty and found the defendant guilty as charged.

        Whereupon:

    ( )     The Court proceeded to pronounce sentence.

    (X)     The Court postponed sentencing until **1/26/01  a**t
            9:00 a.m.,

    (X)     and the defendant was allowed to remain on present
            bond until then;

    ( )     and the defendant remanded to the custody of the
            U.S. Marshal until a $_____ bond is posted;

    ( )     and the defendant was remanded to the custody of the
            U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>