JK/sls

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6229-CR-FERGUSON

UNITED STATES OF AMERICA, )
 )
        Plaintiff, )
v. )
 )
JULIET MURRAY )
        Defendant. )
_____)

FILED BY ___ 2000 DEC 29 PM 2:37 CLERK U.S. DIST. CT. S.D. OF FLA-FTL

### GOVERNMENT'S MOTION TO CONTINUE SENTENCING

**COMES NOW** the United States of America by and through the undersigned Assistant United States Attorney respectfully requests a continuance in this matter now set for sentencing on Friday, January 26, 2001 at 9:30am.

On January 16, 2001 undersigned counsel is specially set to start a trial before Judge Middlebrooks in U.S. v. Kratenstein that will last 3-4 weeks. Judge Middlebrooks is trying the case Monday - Friday, 9:00 - 5:300 pm.

Due to the complicated nature of the sentencing undersigned counsel for the court requests a continuance of the sentencing date so that the undersigned counsel may be present.



Government counsel has spoken to defense counsel who has no objection to the sentencing to be continued.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*

JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar #0208035
500 East Broward Blvd. Suite 700
Fort Lauderdale, FL 33394

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to the below named on this _29_ day of December 2000.    Sam Smargon, AFPD
Attorney for Defendant Jorge
101 NE 3rd Ave., Suite 202
Fort Lauderdale, Florida 33301

*[signature]*

JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY

2