**SENTENCING MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _AM_ D.C.
JAN 30 2001
CLARENCE MADDOX

CASE # 00-6229-CR-WDF

DEFENDANT: Juliet Murray
JUDGE: WILKIE D. FERGUSON
Deputy Clerk: TROY T. WALKER
DATE: January 26, 2001
Court Reporter: Paul Haferling
USPO: J. Webb
AUSA: Jeff Kay
Deft's Counsel: Samuel Smargon

COUNTS DISMISSED: All Others
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.
___ Sentencing cont'd until ___/___/___ at _____ AM / PM

Right to appeal

**JUDGMENT AND SENTENCE**

Imprisonment     Years     Months     Counts
                          1-day       one
                                      Credit time served

Supervised Release 2 yrs (See P.S.C. for details)
180 day HC
Probation     Years     Months     Counts

Comments: _____

Assessment $ 100.00               Fine $ None
Restitution /Other $ 15,000.00

**CUSTODY**
___ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal
___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____

20