# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JULIET ROSEMARIE MURRAY, (J) 55459-004 | Case Number: **0:00CR06229-001** |
| | Jeff Kay, AUSA / Samuel Smargon, AFPD |
| **THE DEFENDANT:** | Defendant's Attorney |

☒ pleaded guilty to count(s)  **One of the Indictment on November 16, 2001**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §1344 | Bank Fraud | 05/17/1999 | 1 |

FILED by _____ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) __N/A__

☒ Count(s) __All Others__ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | 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 | 01/26/2001 |
|---|---|---|
| Defendant's Date of Birth: | 08/04/1971 | Date of Imposition of Judgment |
| Defendant's USM No.: | 55459-004 | |

Defendant's Residence Address:

**5825 N.W. 13th Street**

Signature of Judicial Officer

Sunrise    FL    3313

**WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE**

Name & Title of Judicial Officer

Defendant's Mailing Address:

**5825 N.W. 13th Street**

01/30/01

Sunrise    FL    3313

Date



FILED
FEB -5 AM 10:11



No further action required by the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Robert Broadus, SDUSM
Ed MinChaser