UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.    Case No. 00-6229-CR-FERGUSON

JULIET ROSEMARIE MURRAY,
    Defendant.
_____/

### ORDER TO RESPOND

The Government shall file a response to defendant, Juliet Rosemarie Murray's, Motion To Vacate Guilty Plea, no later than <u>August 27, 2001</u>.

**DONE AND ORDERED** at Fort Lauderdale, Florida this ___6th___ day of ~~July~~ Aug. 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Jeff Kay, AUSA
David P. Rowe