JHK:sr

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6229-CR-FERGUSON

UNITED STATES OF AMERICA,          :

        PLAINTIFF,          :

v.          :

JULIET MURRAY,          :

        DEFENDANT.          :



## GOVERNMENT'S SUPPLEMENTAL RESPONSE
## TO DEFENDANTS' MOTION TO VACATE PLEA

COMES NOW the United States of America, by and through the undersigned Assistant

United States Attorney, and states as follows:

1.    The Government in its response advised the Court it would obtain various state

court documents and supplement the record.

2.    Attached for the Court are the following documents obtained on Friday morning

August 31, 2001, from Detective Mike Scott, Plantation Police Department, by the undersigned.

    A.    Plantation Police Department Report on defendant Murray.

    B.    Records of the Broward State Attorney's office.

3.    As the Court will note defendant Murray pled nolo to criminal use of personal

identification documents as to the charges involving motor vehicle theft involving an Acura and

Nissan vehicle in violation of Florida Statutes 812.014(2C6).

4.      The state charges defendant Murray pled nolo to are not the same charges she pled

guilty to in federal court.

5.      Defendants Motion to Vacate her guilty plea on double jeopardy grounds should

be denied.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 208035
500 E. Broward Blvd., 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this
3/st day of August, 2001, to David Rowe, Esq., 18800 N.W. 2nd Ave., No. 105A, Miami,
Florida.

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2

**COMPLAINT/AFFIDAVIT**
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☒ ARREST FOR?

| BROWARD COUNTY ARREST # | PL-00-0385 | | | | | OBTS # 0123092 57 |
|---|---|---|---|---|---|---|

| Filing Agency | Offense Report | ICJIS | CDLE | FBI | SID |
|---|---|---|---|---|---|
| PLANTATION | 0018-00-03 | | | | 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 |

| Defendant's Last Name | First | Middle | SUF | | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|---|
| Murray | Juliett | Rosemarie | | | | |

| Race | Sex | Hgt | Eyes | Hair | Wgt | Comp | Age | DOB | Birthplace | Scars, marks, TT |
|---|---|---|---|---|---|---|---|---|---|---|
| B | F | 5'4 | Brn | Blk | | | 28 | 030471 | | |

| Permanent Address | | | Local Address: | |
|---|---|---|---|---|
| 5925 NW 13 ST Sunrise Fla 33313 | | | | |

| Residence Type: | (1) City | (2) County | (3) Florida | (4) Out of State | Place of Employment | Length |
|---|---|---|---|---|---|---|
| | | | | | Albert Noels | |

| How long defendant in Broward County: | Breathalyser by/CCN | Reading | Place of arrest | Date/time arrested | Arresting officer(s) CCN |
|---|---|---|---|---|---|
| | | | | | |

| Officer injured Y ☐ N ☐ | Unit | Zone | Beat | Shift | Trans. Unit | PMD Y ☐ N ☐ | Transporting officer/CCN | Pick-up time: | Drug Type: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Time arrived at BSO: | |

| Type | B-Barbeurate H-Hallucinogen P-Paraphernalia U-Unknown | Activity: | Activity: N-NA A-Smuggle | B-Buy T-Traffic P-Possess S-Sell | E-Use M-Manufacture/ Produce/ D-Deliver Cultivate | K-Dispense/ Distribute Z-Other | Indication of: Alcohol Influence Drug Influence | Y N UK |
|---|---|---|---|---|---|---|---|---|
| N-NA C-Cocaine A-Amphetamine E-Heroin | M-Marijuana O-Opium S-Synthetic Z-Other | | | | | | | |

Defendant's Vehicle Make: _____ Type: _____ Year: 59 Color: WHT/In TAG#JNKA944990009359

☐ Attach  ☐ Defendant's  ☐ Photo

Vehicle towed to: CTC    Tag #653 Other identifiers or remarks:

| Name of victim(s) (if corporation, exact legal name and state of incorporation): |
|---|
| 1) Julie Murray  1410 Stanley Ave Tesil Broadview Hts Ohio |
| 2) Juliett Murray  1416 Brooklyn Ave #C4 Brooklyn N. Y. |

| Count # | Offenses Charged | Citation # if Applicable | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | Identity Fraud (Julie Murray - Ohio) | | 817.568 |
| 2 | Identity Fraud (Juliett Murray - Brooklyn N.Y.) | | 817.568 |
| 3 | Motor Vehicle Theft (Acura) | | 812.014(2C) |
| 4 | Motor Vehicle Theft (Nissan) | | 812.014(2C6) |

**Probable Cause Affidavit**

Before me this date personally appeared _Michael Parrit Scott_ who being first duly sworn deposes and says that on _2_ day of _Oct._ (year) _99_ at _747 Nova State Rd 7_ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

On 020100 a joint investigation was begun between this agency and US Postal Inspectors Office (Agent Tom Dembek) of identity fraud involving the above suspect. The investigation showed on 070299, the above suspect leases a 1999 Acura from Rick Case Acura 875 Nova St Rd 7 using the social security # of 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. This number is listed to Julie Murray in Ohio. The

I swear the above statement is true and true to the best of my knowledge and belief.

| OFFICER/AFFIANT'S SIGNATURE | OFFICER'S NAME/CCN | Scott 7112 | OFFICER'S DIVISION C10 |
|---|---|---|---|

STATE OF _Florida_ COUNTY OF _Broward_

The foregoing instrument was acknowledged before me this _14_ day of _March_ (year) _2000_ who is personally known to me or who has produced (ID type) _Florida D.L._ as identification and who _did_ (did or did not) take an oath. (SEAL OR STAMP IF APPLICABLE)

S 135

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY    TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

FIRST APPEARANCE/ARREST FORM

(SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION.)

Distribution:
Orig - Court
2nd - State Attorney
3rd - Filing Agency
4th - Arresting Agency

BROWARD COUNTY

ARREST NO. _PL-00-0385_     OBTS NO. _012308257_

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT. | WGT. | RC | SEX | D.O.B. | OFFENSE REPORT. | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| Murray | Juliett | Navumair | 54 | 165 | 8 | | F | 020-71 | 0018-0203 | M. Kerr 7512 |

| NAME OF VICTIM OF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| Geo Page Lto | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | Geo Page Ltd | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared _Chandler Kent Nixon_ who being first duly sworn

deposes and says that on _____ day _Oct_ , 19 _99_ at _____ (crime location) the

above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

Jewels loose is valued at $39,505 ⁰⁰. The jewels were loosed through

adversarial house loosing. Further charges will pend charges.

On 100799 the State suspect purchased a 2000 Lexus Auto

for $27,589.13. The suspect used a Social Security # 343-14-402

under the purchase. This number is listed to former attorney

in Emeralyn of Youll. The Lexus was financed by Frontier

Bank in Cincinnati, Ohio. Soon deemed civil most charges.

On 031402 the suspect was arrested while operating

the 1999 Nevada. The suspect was taken into custody.

Act transpired to PBD in processing.

I swear the above statement is correct and true to the best of my knowledge and belief.

_____     _____ Scott     _C.1.)_
OFFICER/AFFIANT'S SIGNATURE     OFFICER'S NAME/CCN     OFFICER'S DIVISION

STATE OF _Florida_  COUNTY OF _Broward_

The foregoing instrument was acknowledged before me this _14_ day of _March_, 19_2000_ who is personally

known to me or who has produced (ID type) _Florida_ identification and who _DL_ take an oath.     (SEAL OR STAMP)

(DID OR DID NOT)

_____ 73,-

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY     TITLE OR RANK/CCN

FIRST APPEARANCE/ARREST FORM

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY

Org - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

**OFFENSE INCIDENT REPORT**

| Agency ORI Number | R0 0 6 0 6 0 0 | Agency Name | Plantation Police Department | Agency Report Number | 0 0 1 8 – 0 0 – 0 3 |

| Incident Title | Fraud | | Forced Entry | 0 N/A 0, 1 Yes, 2 No | Occupancy | 0 N/A 0, 1 Occupied, 2 Unoccupied, 3 Abandoned 0 |

| Reported Day | Wed | Date | 0 3 0 1 0 0 | Time Dispatched (mil) | on view | Time Arrived (mil) | 0830 | Time Completed (mil) | 0830 |

| Incident Type 1. Felony 2. Traffic Felony | 3 Misdemeanor 4 Traffic Misdemeanor | 5 Ordinance 6 Other | Incident Day From | Date 100299 | Time (mil) | Day | To | Date | Time (mil) |

| Offense # | Type | Description | Statute Violation Number | | NCIC/UCR Code |
|---|---|---|---|---|---|
| #1 | 1 | Identity Fraud | A-Attempted C-Committed | C | 8 1 7 . 5 6 8 ( ) | |
| #2 | 1 | Motor Vehicle Theft | | C | 8 1 2 . 0 1 4 ( ) | |

| Incident Location (Street, Apt. Number) | 747 North State Road 7 | City | Plantation | Zip | 33317 |

Location Type
01 Residence Single  05 Convenience Store  09 Supermarket  13 Bank/Financial Inst  17 Govt./Public Bldg  21 Airport  25 Parking Lot/Garage  29 Motor Vehicle
02 Apartment/Condo  06 Gas Station  10 Dept /Discount Store  14 Commercial/Office Bldg  18 School/University  22 Bus/Rail Terminal  26 Highway/Roadway  30 Other Mobile
03 Residence Other  07 Liquor Sales  11 Specialty Store  15 Industrial/Mfg  19 Jail/Prison  23 Construction Site  27 Park/Woodlands/Field  99 Other
04 Hotel/Motel  08 Bar/Nightclub  12 Drug Store/Hospital  16 Storage  20 Religious Bldg  24 Other Structure  28 Lake/Waterway   11

| # Offenses | # Victims | # Offenders | # Prem Ent | # Veh Stolen | Type Weapon | Relationship to Offender | Residence Type |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 1 | 0 | 1 | | | 00 |

Type Weapon  02 Rifle  05 Knife/Cutting  07 Hands/Fists/Feet  10 Fire/Incendiary  13 Drugs
00 N/A  03 Shotgun  Instrument  09 Poison  11 Threat/Intimidation  88 Unknown
01 Handgun  04 Firearm  06 Blunt Object  09 Explosives  12 Simulated Weapon  99 Other

| Code | Type 1 Juvenile 2 L E Office 3 Adult | Race N N/A W White B Black 9 Other | Sex N N/A M Male F-Female | Residence Type 0 N/A 1 City 2 County | Residence Status 0 N/A 1 Full Year 2 Part Year 3 Non Resident | Extent of Injury |
|---|---|---|---|---|---|---|

Type: 1 Juvenile 2 L E Office 3 Adult  4 Business 5 Government 6 Church 9 Other
Race: I-American Indian  O-Oriental/Asian
Residence Type: 3 Florida  4 Out of State
Extent of Injury: 0 None  1 Minor  2 Serious  3 Fatal

Injury Type  04 Unconscious  08 Burns  06 Parent  10 Step Child  14 Teacher  17 Friend  21 Employer
00 N/A  05 Poss Broken Bones  09 Abrasions/Bruises  03 Spouse  07 Brother/Sister  11 In-Law  15 Child of Boy/Girl  18 Neighbor  22 Landlord/Tenant
01 Gunshot  06 Poss Internal Injury  99 Other  01 Undetermined  04 Ex Spouse  08 Child  12 Other Family  Friend  19 Sitter/Day Care  23 Acquaintance
02 Stabbed  07 Loss of Teeth  02 Stranger  05 Co Habitant  09 Step Parent  13 Student  16 Boy Girl Friend  20 Employee  99 Other Known
03 Laceration

| Offense Indicator 1. #1, 2. #2, 3. #3 | Code 3 | # C | Type 1 3 | Name (Last, First, Middle, or Business) Kriemer, Chuck | Residence Phone |
|---|---|---|---|---|---|

| Address (Street, Apt Number) One East Fourth Street # 610 G | City Cincinnati | State Ohio | Zip 45202 | Business Phone 513 345-7321 |

| Other Contact Info (Time Available, Interpreter, etc.) Provident Bank | Synopsis of Involvement Investigator |

| Complete if "Type" is 1. #1, 2. #2, 3. Both | Race W | Sex M | Date of Birth or Age | Res Type | Res Status | Extent of Injury | Injury Type(s) | Relationship |

| Offense Indicator 1. #1, 2. #2, 3. #3 2 | Code V | # 1 | Type 4 | Name (Last, First, Middle, or Business) Provident Bank | Residence Phone |

| Address (Street, Apt Number) One East Fourth Street # 610 G | City Cincinnati | State Ohio | Zip 45202 | Business Phone 513 345-7321 |

| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement |

| Complete if "Type" is 1. #1, 2. #2, 3. Both | Race | Sex | Date of Birth or Age | Res Type | Res Status | Extent of Injury | Injury Type(s) | Relationship |

| Offense Indicator 1. #1, 2. #2, 3. Both 3 | Suspect Code 5 Suspect E Escapee 6 Arrestee | Code A | # 1 | Juvenile | Name (Last, First, Middle) Murray, Juliette Rosemarie |

| Maiden Name | Nickname/Street Name | Place of Birth | Residence Phone 954 792-6632 |

| Last Known Address (Street, Apt Number) 5825 NW 13 street | City Sunrise | State Fla | Zip 33313 | Business Phone none |

| Occupation unknown | Employer/School none | Address | Social Security Number 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 |

| Driver's License State/Number M600-436-71-784-0 | Immigration and Naturalization Number | Other I D Number SID 04970664 | OBTS Number (Arrested) 012309257 | FCIC/NCIC |

| Clothing (Describe) | Scars/Marks/Tattoos (Location/Describe) |

| Race B | Sex F | Date of Birth or Age 08 04 71 | Height 5'4 | Weight 155 | Eye Color Brn | Hair Color Blk | Hair Length Med | Hair Style |

| Complexion | Build husky | Facial Hair | Teeth | Speech/Voice | Special Identifiers |

*** See Narative on additional pages ***

| | | Related Report Number(s) 0381-00-03 |

| Officer Reporting (M.Scott) | I D Number 7812 | Unit/Shift CID | Date 031400 |

| Officer Reporting (if Applicable) | I D Number 0518 | Routed To | Referred To | Assigned To | By | Date |

| Case Status Cleared | Clearance Type 1 Arrest 2 Exceptional 3 Unfounded 1 | A Adult J-Juvenile A | Date Cleared 03 14 00 | Arrest Number PL-00-0385 | Number Arrested 1 |

| Exception Type 1 Extradition Declined | 2 Arrest on Primary Offense Secondary Offense Without Prosecution | 3 Death of Offender 4 V/W Refused to Cooperate | 5 Prosecution Declined 6 Juvenile / No Custody | OBTS Number 012309257 | Page 1 | Page |

ID 201        Part 1 Records        Part 2 ISB        Part 3 Admin

CID NARRATIVE / Continued
CASE # 0018-00-03 / Fraud

This detective and Postal Inspector Tom Bender began a joint investigation of Identity
Fraud that involved the suspect Juliette Rosemarie Murray. Information was obtained
from Provident Bank investigator Chuck Kreimer, that on October 2, 1999, his bank had
financed the purchase of a 2000 Nissan from Plantation Nissan in the name of Juliette
Murray with the social security number of 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 being used to obtain the credit. It
was later found the social security number used was that of Juliette Murray that resides in
Brooklyn, New York. The application for the purchase also showed the address of 2420
NW 56 ave in Lauderhill, Florida. The vehicle purchased is a 2000 Nissan Maxima 4
door sedan, VIN number JN1CA31D3YT722671 and was purchased for $ 28,473.52.
After down payments the total financed by the bank is $ 27,489.13. Copies of the
transaction were provided by Investigator Kreimer.

His detective also made contact with the true Juliette Murray in Brooklyn, New York that
stated she did not permit anyone to use her social security number to make any purchases
and stated she will press charges in this case. Mrs. Murray did give a sworn statement
indicating this information and the problems she has had relating to the use of her social
security number.

The investigation also showed that on July 2, 1999 the same suspect purchased a 1999
Acura from Rick Case Acura for $ 39,140.00. The vehicle VIN Number is
JH4KA9669XC009759, the color is white and is a four door sedan. The vehicle had a
Florida tag of A53-QWN assigned to the car. The vehicle was leased to the suspect by
Honda Lease Trust in Georgia. The purchase was made by the suspect using the social
security number of 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. This social security number was found to be issued to
Julie Anne Murray who resides in Broadview Heights, Ohio. Contact was made with Ms.
Murray who stated she did not authorize anyone to use her social security number and
was will to press charges in this case. Ms. Murray further stated that she has been having
credit problems for some time with someone using her social security number to open
numerous accounts and has had to file fraud affidavits relating to those accounts. Ms.
Murray provided this detective with a sworn statement in this case.

Efforts were made to locate the suspect with the addresses obtained in the investigation.
The addresses used by the suspect on both purchases were not correct. On 031000, the
white Acura was located at 5825 NW 13 street in Sunrise. This address was found to be
the home of the suspects mother Renton. The suspect was not contacted this date. On
031400 the suspect was arrested as she drove the white Acura from her residence. The
suspect was followed and was taken into custody as she returned to the home.

REPORTING OFFICER _____

PAGE 2 OF 6

CID NARRATIVE / Continued
CASE # 0018-00-03 / Fraud

During the time the suspect was driving the Acura she was observed using a cellular phone that was later found to be contracted with AT & T Wireless. This phone was taken from the suspects possession. In the vehicle occupied by the suspect, there were numerous items of mail recovered that had the name of the suspect and other persons on the address labels. Some of these items of mail are related to other fraudulent accounts the suspect is suspected to have opened using other victims social security numbers. In the suspects wallet, there were credit cards recovered that were found to have been opened with other persons social security numbers. These accounts are still being investigated.

The suspect was taken into custody and transported to PPD for processing. The vehicle driven by the suspect was towed to C & C Towing and will be returned to Honda Financing at a later date. While at the PD the suspect was asked the location the Nissan Maxima may be found. The suspect stated she had given it to a friend to use and that the friend may have gone to South Carolina. Also found in the possession of the suspect are Allstate Insurance letters indicating the suspect had insured a 1998 Honda Motorcycle VIN number JH2SC3307WM203540. This motorcycle was found to have been purchased from Moto Cycle World, 825 West Broward Blvd in Ft. Lauderdale, on 011900. The motorcycle was financed by Conseco Finance Group in Rapid City, South Dakota. The suspect used a social security number of another person to open the account. This account will be further investigated.

The suspect was identified at the two car dealerships by the salesman that completed the purchases. The photo lineups used in this investigation were obtained from the Broward Sheriff's Office in custody photo files. The suspect Murray is in position # 4. These lineups were placed into evidence by this detective. The suspect was arrested and charged with two counts each of Identity Fraud (FSS 817.568) and Grand Theft Motor Vehicle (FSS 812.014).

On March 20, 2000, this detective received a faxed letter from the Honda Finance, which is the company that owns the 1999 Acura the suspect was arrested operating on 031400. Mr. Frank Balzano, the branch manager, stated in the fax that after he contacted his corporate lawyers they will not prosecute the suspect in possession of their vehicle.

Also on March 20, 2000, this detective received a phone call from a relative of the suspect Murray stating the Nissan Maxima that was taken by the suspect on 100299, was parked in an apartment complex in Lauderhill. This detective responded to the location indicated by the relative and located the Maxima in good condition. This detective recovered the vehicle and notified Investigator Kreimer of the Provident Bank the car may be obtained from C & C towing. Mr. Kreimer did fax a letter of prosecution in this case. Investigation of the suspect will continue with additional charges being presented with the State Attorney's office.
REPORTING OFFICER

page 3 of 6

**Juvenile** [   ]    1. Original [   ]
2. Supplement [ 1 ]

| Agency ORI Number | Agency Name **Plantation Police Department** | Agency Report Number |
|---|---|---|
| R 0 0 0 6 0 6 0 0 | | 0 0 1 8 - 0 0 - 0 3 |

| Original Date Reported | Case Reference |
|---|---|
| 0 3 0 1 0 0 | Fraud |

| Code | Type | Race | Sex | Residence Type | Residence Status | Extent of Injury |
|---|---|---|---|---|---|---|
| V Victim / P Impersonator / C Reporting Person / W Witness / 2 Other | 4 Business / 5 Government / 6 Church / 9 Other / 1 Juvenile / 3 Adult / 7 LE Officer | N N A / W White / B Black / 1 Amer. In Indian / O Oriental Asian | N N A / M Male / F Female | N N A / 1 City / 2 County / 3 Florida / 4 Out of State | 0 N/A / 1 Full Year / 2 Part Year / 3 Non Resident | 0 None / 1 Minor / 2 Serious / 3 Fatal |

| Injury Type | Relationship to Offender |  |
|---|---|---|
| 01 Laceration / 02 Loss of Teeth / 04 Unconscious / 08 Burns / 03 Gunshot / 05 Poss. Broken Bones / 06 Abrasions/Bruises / 07 Other / 98 Poss. Internal Injury / 99 Other | 01 Spouse / 02 Undetermined / 07 Stranger / 04 Ex-Spouse / 05 Co-Habitant | 06 Parent / 07 Brother/Sister / 08 Child / 09 Step Parent / 10 Step Child / 11 In Law / 12 Other Family / 13 Student / 14 Teacher / 15 Child of Boy/Girl Friend / 16 Boy/Girl Friend | 17 Friend / 18 Neighbor / 19 Step/Day Care / 20 Employee / 21 Employer / 22 Landlord/Tenant / 23 Acquaintance / 99 Other Known |

**VICTIM/OTHER**

| Offense Indicator | Code | # | Type | Name (Last First Middle or Business) | Residence Phone |
|---|---|---|---|---|---|
| 1 #1 / 2 #2 / 3 Both | 1 | V | 2 | 3 | Murray, Juliette F | 718 941-7942 |

| Address (Street and Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| 1416 Brooklyn Ave #4 c | Brooklyn | New York | 11210 | 212 222-7353 |

| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement |
|---|---|
| | Victim of Nissan Purchase |

| Complete if Type is | Race | Sex | Date of Birth or Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship |
|---|---|---|---|---|---|---|---|---|
| 1, 2, or 3 ➞ | B | F | 09, 12, 50 | | | | | |

**VICTIM/OTHER**

| Offense Indicator | Code | # | Type | Name (Last First Middle or Business) | Residence Phone |
|---|---|---|---|---|---|
| 1 #1 / 2 #2 / 3 Both | 1 | V | 3 | 3 | Murray, Julie Anne | 440 717-1465 |

| Address (Street and Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| 1410 Stoney Run Trail | Broadview Hieghts | Ohio | 44147 | 330 725-9263 |

| Other Contact Info (Time Available, Interpreter, etc.) | Synopsis of Involvement |
|---|---|
| | Victim of Acura Purchase |

| Complete if Type is | Race | Sex | Date of Birth or Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship |
|---|---|---|---|---|---|---|---|---|
| 1, 2, or 3 ➞ | W | F | 08, 03, 72 | | | | | |

**SUSPECT OR MISSING PERSON**

| Offense Indicator | Suspect Code | Code | # | Juvenile | Name (Last, First, Middle) |
|---|---|---|---|---|---|
| 1 #1 / 2 #2 / 3 Both | S Suspect / A Arrestee / E Escapee / M Missing / R Recovered / M Missing | | | | |

| Maiden Name | Nickname/Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | | |

| Last Known Address (Street and Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| | | | | |

| Occupation | Employer/School | Address | Social Security Number |
|---|---|---|---|
| | | | |

| Driver's License State/Number | Immigration and Naturalization Number | Other ID Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| | | | | |

| Clothing (Describe) | Scars/Marks/Tattoos (Location Described) |
|---|---|
| | |

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers |
|---|---|---|---|---|---|
| | | | | | |

**SUSPECT OR MISSING PERSON**

| Offense Indicator | Suspect Code | Code | # | Juvenile | Name (Last, First, Middle) |
|---|---|---|---|---|---|
| 1 #1 / 2 #2 / 3 Both | S Suspect / A Arrestee / E Escapee / M Missing / R Recovered / M Missing | | | | |

| Maiden Name | Nickname/Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | | |

| Last Known Address (Street and Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| | | | | |

| Occupation | Employer/School | Address | Social Security Number |
|---|---|---|---|
| | | | |

| Driver's License State/Number | Immigration and Naturalization Number | Other ID Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| | | | | |

| Clothing (Describe) | Scars/Marks/Tattoos (Location Described) |
|---|---|
| | |

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers |
|---|---|---|---|---|---|
| | | | | | |

**MISSING PERSONS**

| Incident Type | Foul Play Suspected? | Missing Before? | Fingerprints Available? | Photo Available? | Dental Record Available? | MCIC Form Provided? |
|---|---|---|---|---|---|---|
| 1 Runaway / 2 Parental / 3 Involuntary / 4 Disabled / 5 Endangered | 6 Disaster Victim / 7 Voluntary / 8 Unknown | 1 Yes / 2 No | 1 Yes / 2 No / 8 Unknown | 1 Yes / 2 No / 8 Unknown | 1 Yes / 2 No / 8 Unknown | 1 Yes / 2 No | 1 Yes / 2 No |

| Date Last Seen | Time Last Seen | Location Last Seen (Address, City, St.) | Accompanied By |
|---|---|---|---|
| | | | |

| Mental/Physical Condition | Medication Required/Type | Doctor/Dentist (Name, Phone Number) |
|---|---|---|
| | | |

| Property Carried | ID Type/Number | ID Type/Number |
|---|---|---|
| | | |

| Probable Destination | Name/Address | Transportation Mode |
|---|---|---|
| | | |

| Recovery Information | | |
|---|---|---|
| 0 N/A / 1 Voluntary | 2 Located Not Returned | 3 Hospitalized / 4 HRS Custody | 5 Law Enforcement Custody / 6 Returned to Parent | 7 Deceased / 9 Other | # |

**INITIAL**

| Officer Reporting | ID Number | Routed To | Unit/Shift | Date |
|---|---|---|---|---|
| (signature) | (M. Scott) | 7812 | Cid | 031400 |

| Officer Reviewing if Applicable | ID Number | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|
| | | | | | |

Page 1 of 16

PPD-202

**PERSON(S) RECORD**

Juvenile [ ]

1 Original
2 Supplement [1]

| Agency ORI Number | Agency Name **Plantation Police Department** | Agency Report Number |
|---|---|---|
| 0 0 6 0 6 0 0 | | 0 0 1 8 – 0 0 – 0 3 |

Original Date Reported: 0 3 0 1 0 0
Case Reference: **Fraud**

| Code | Type | Race | Sex | Residence Type | Residence Status | Extent of Injury |
|---|---|---|---|---|---|---|
| V Victim / W Witness / C Reporting Person | M Polygraph / 2 Other / 1 Juvenile / 2 LE Officer / 3 Adult / 4 Business / 5 Government / 6 Church / 8 Other | N N A / W White / B Black / 1 American Indian / O Oriental/Asian | N N A / M Male / F Female | 0 N A / 1 City / 2 County / 3 Florida / 4 Out of State | 0 N A / 1 Full Year / 2 Part Year / 3 Non-Resident | 0 None / 1 Minor / 2 Serious / 3 Fatal |

Injury Type: 01 Laceration, 00 N/A, 01 Gunshot, 02 Stab/cut, 04 Unconscious, 05 Poss. Broken Bones, 06 Poss. Internal Injury, 07 Loss of Teeth, 08 Burns, 09 Abrasion/Bruises, 99 Other

Relationship to Offender: 06 Parent, 07 Brother/Sister, 08 Child, 09 Step Parent, 10 Step Child, 11 In Law, 12 Other Family, 13 Student, 14 Teacher, 15 Child of Boy/Girl, 16 Boy/Girl Friend, 17 Friend, 18 Neighbor, 19 Smart/Day Care, 20 Employee, 21 Employer, 22 Landlord/Tenant, 23 Acquaintance, 99 Other Known

| Offense Indicator | Code | # | Type | Name (Last First Middle or Business) | | | Residence Phone |
|---|---|---|---|---|---|---|---|
| 1=#1 3 Both / 2=#2 | 2 | V | 4 4 | **Honda Lease Trust** | | | |

Address (Street Apt Number): **1335 North Meadow Pkwy # 100**  City: **Roswell**  State: **Ga**  Zip: **30076**  Business Phone:

Other Contact Info (Time Available, Interpreter, etc.): Synopsis of Involvement: **Acura Lease Company**

| Complaint if "Type" is 1, 2 or 3 → | Race | Sex | Date of Birth or Age | Res Type | Res Status | Extent of Injury | Injury Type(s) | Relationship |
|---|---|---|---|---|---|---|---|---|

| Offense Indicator | Code | # | Type | Name (Last First Middle or Business) | Residence Phone |
|---|---|---|---|---|---|
| 1=#1 3 Both / 2=#2 | | | | | |

Address (Street Apt Number):  City:  State:  Zip:  Business Phone:

Other Contact Info (Time Available, Interpreter, etc.): Synopsis of Involvement:

| Complaint if "Type" is 1, 2 or 3 → | Race | Sex | Date of Birth or Age | Res Type | Res Status | Extent of Injury | Injury Type(s) | Relationship |
|---|---|---|---|---|---|---|---|---|

**SUSPECT OR MISSING PERSON**

| Offense Indicator | Suspect Code | Code | # | Juvenile | Name (Last First Middle) |
|---|---|---|---|---|---|
| 1=#1 3 Both / 2=#2 | S Suspect / A Arrestee / E Escapee / M Missing / F Runaway / W Missing | | | | |

Maiden Name: | Nickname/Street Name: | Place of Birth: | Residence Phone:

Last Known Address (Street Apt Number): | City: | State: | Zip: | Business Phone:

Occupation: | Employer/School: | Address: | Social Security Number:

Driver's License State/Number: | Immigration and Naturalization Number: | Other ID Number: | OBTS Number (Arrested): | FCIC/NCIC:

Clothing (describe): | Scars/Marks/Tattoos (Location Describe):

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers |
|---|---|---|---|---|---|

| Offense Indicator | Suspect Code | Code | # | Juvenile | Name (Last First Middle) |
|---|---|---|---|---|---|
| 1=#1 3 Both / 2=#2 | S Suspect / A Arrestee / E Escapee / M Missing / F Runaway / W Missing | | | | |

Maiden Name: | Nickname/Street Name: | Place of Birth: | Residence Phone:

Last Known Address (Street Apt Number): | City: | State: | Zip: | Business Phone:

Occupation: | Employer/School: | Address: | Social Security Number:

Driver's License State/Number: | Immigration and Naturalization Number: | Other ID Number: | OBTS Number (Arrested): | FCIC/NCIC:

Clothing (describe): | Scars/Marks/Tattoos (Location Describe):

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers |
|---|---|---|---|---|---|

**MISSING PERSONS**

| Incident Type | Four Play Suspected? | Missing Before? | Fingerprints Available? | Photo Available? | Dental Record Available? | MCIC Form Provided? |
|---|---|---|---|---|---|---|
| 1 McAdam / 2 Parental / 3 Involuntary / 4 Disabled / 5 Endangered / 6 Disaster / 7 Voluntary / 8 Adult / 9 Unknown | 1 Yes / 2 No | 1 Yes / 2 No / 9 Unknown | 1 Yes / 2 No / 9 Unknown | 1 Yes / 2 No / 9 Unknown | 1 Yes / 2 No / 9 Unknown | 1 Yes / 2 No |

Date Last Seen: | Time Last Seen: | Location Last Seen (Address, City St): | Accompanied By:

Mental/Physical Condition: | Medication Required/Type: | Doctor/Dentist (Name Phone Number):

Property Carried: | ID Type/Number: | ID Type/Number:

Probable Destination: | Name/Address: | Transportation Mode:

| Recovery Information | | | |
|---|---|---|---|
| 0 N/A / 1 Voluntary | 2 Located Not Returned | 3 Hospitalized / 4 HRS Custody | 5 Law Enforcement Custody / 6 Returned to Parent | 7 Deceased / 9 Other |

**ADMINISTRATIVE**

| Officer Reporting | ID Number | Unit/Shift | Date |
|---|---|---|---|
| (M. Scott) | | CID | 031400 |

| Officer Reviewing if Applicable | ID Number | Routed To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|

Page 51 of 16

PPD-202

PPD-202

**PERSON(S) REPORT**

Juvenile □    1. Original
2. Supplement  **1**

| Agency ORI Number | Agency Name **Plantation Police Department** | Agency Report Number |
|---|---|---|
| F|0|0|6|0|6|0|0| | | 0 0 1 8 - 0 0 - 0 3 |

| Original Date Reported | Case Reference |
|---|---|
| 0 3 0 1 0 0 | Fraud |

**CODES**

| Code | Type | Race | Sex | Residence Type | Residence Status | Extent of Injury |
|---|---|---|---|---|---|---|
| V Victim | P Proprietor | 1 Juvenile | 4 Business | N N/A | I American Indian | N N/A | 11 N/A | 3 Florida | 0 N/A | 0 None |
| W Witness | Z Other | 2 Juvenile | 5 Government | W White | O Oriental Asian | M Male | 1 City | 4 Out of State | 1 Full Year | 1 Minor |
| C Reporting Person | | 7 Lt Officer | 6 Church | B Black | | F Female | 2 County | | 2 Part Year | 2 Serious |
| | | J Adult | 9 Other | | | | | | 3 Non Resident | 3 Fatal |

| Injury Type | | Relationship to Offender | | | |
|---|---|---|---|---|---|
| 01 Laceration | 07 Loss of Teeth | 01 Undetermined | 03 Spouse | 06 Parent | 10 Step Child | 14 Teacher | 17 Friend | 21 Employer |
| 00 N/A | 08 Burns | 02 Stranger | 04 Ex Spouse | 07 Brother/Sister | 11 In Law | 15 Child of Boy/Girl | 18 Neighbor | 22 Landlord/Tenant |
| 05 Gunshot | 05 Poss Broken Bones | | 05 Co-Habitant | 08 Child | 12 Other Family | Friend | 19 Sitter/Day Care | 23 Acquaintance |
| 06 Stabbing | 06 Poss Internal Injury | | | 09 Step Parent | 13 Student | 16 Boy/Girl Friend | 20 Employee | 99 Other Known |
| | 99 Other | | | | | | | |

**VICTIM/WIT/OTHER**

| Offense Indicator | Code | # | Type | Name (Last, First, Middle or Business) | Residence Phone |
|---|---|---|---|---|---|
| 1 #1   3 Born<br>2 #2 | 2 | W I | 3 | Johnson, Kenroy | ( ) |

| Address (Street Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| 747 North State Road 7 | Plantation | Fla | 33317 | 954,584-3322 |

| Other Contact Info (Time Available Interpreter, etc.) | Synopsis of Involvement |
|---|---|
| | Nissan Salesman |

| Complete if "Type" is 1, 2, or 3 ► | Race | Sex | Date of Birth or Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship |
|---|---|---|---|---|---|---|---|---|
| | B | M | | | | | | |

| Offense Indicator | Code | # | Type | Name (Last, First, Middle or Business) | Residence Phone |
|---|---|---|---|---|---|
| 1 #1   3 Born<br>2 #2 | | | | | ( ) |

| Address (Street Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| | | | | ( ) |

| Other Contact Info (Time Available Interpreter, etc.) | Synopsis of Involvement |
|---|---|
| | |

| Complete if "Type" is 1, 2, or 3 ► | Race | Sex | Date of Birth or Age | Res Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**SUSPECT OR MISSING PERSON**

| Offense Indicator | Suspect Code | Code | Juvenile | Name (Last, First, Middle) |
|---|---|---|---|---|
| 1 #1   3 Born<br>2 #2 | S Suspect   F Escapee   H Incompetent<br>A Arrestee   M Missing   Military | | | |

| Maiden Name | Nickname/Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | | ( ) |

| Last Known Address (Street Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| | | | | ( ) |

| Occupation | Employer/School | Address | Social Security Number |
|---|---|---|---|
| | | | |

| Driver's License State/Number | Immigration and Naturalization Number | Other ID Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| | | | | |

| Clothing (Describe) | Scars/Marks/Tattoos (Location Describe) |
|---|---|
| | |

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Offense Indicator | Suspect Code | Code | Juvenile | Name (Last, First, Middle) |
|---|---|---|---|---|
| 1 #1   3 Born<br>2 #2 | S Suspect   F Escapee   H Incompetent<br>A Arrestee   M Missing   Military | | | |

| Maiden Name | Nickname/Street Name | Place of Birth | Residence Phone |
|---|---|---|---|
| | | | ( ) |

| Last Known Address (Street Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| | | | | ( ) |

| Occupation | Employer/School | Address | Social Security Number |
|---|---|---|---|
| | | | |

| Driver's License State/Number | Immigration and Naturalization Number | Other ID Number | OBTS Number (Arrested) | FCIC/NCIC |
|---|---|---|---|---|
| | | | | |

| Clothing (Describe) | Scars/Marks/Tattoos (Location Describe) |
|---|---|
| | |

| Race | Sex | Date of Birth or Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**MISSING PERSONS**

| Incident Type | | Foul Play Suspected? | Missing Before? | Fingerprints Available? | Photo Available? | Dental Record Available? | MCIC Form Provided? |
|---|---|---|---|---|---|---|---|
| 1 Runaway | 6 Disaster | | | | | | |
| 2 Parental | Victim | 1 Yes | 1 Yes | 1 Yes | 1 Yes | 1 Yes | 1 Yes |
| 3 Involuntary | 7 Voluntary | 2 No | 2 No | 2 No | 2 No | 2 No | 2 No |
| 4 Disabled | Adult | | 6 Unknown | 6 Unknown | 6 Unknown | 6 Unknown | |
| 5 Endangered | 8 Unknown | | | | | | |

| Date Last Seen | Time Last Seen | Location Last Seen (Address, City St.) | Accompanied By |
|---|---|---|---|
| | | | |

| Mental/Physical Condition | Medication Required/Type | Doctor/Dentist (Name, Phone Number) |
|---|---|---|
| | | |

| Property Carried | ID Type/Number | ID Type/Number |
|---|---|---|
| | | |

| Probable Destination | Name/Address | Transportation Mode |
|---|---|---|
| | | |

| Recovery Information | | | |
|---|---|---|---|
| 0 N/A | 2 Located | 3 Hospitalized | 5 Law Enforcement Custody | 7 Deceased |
| 1 Voluntary | Not Returned | 4 HHS Custody | 6 Returned to Parent | 9 Other |

**ADMINISTRATIVE**

| Officer Reporting | ID Number | Unit/Shift | Date |
|---|---|---|---|
| *(signature)* (M. Scott) | 7812 | CID | 031400 |

| Officer Reviewing (If Applicable) | ID Number | Routed To | Referred To | Assigned To | By | Date |
|---|---|---|---|---|---|---|
| | | | | | | |

Pag / of

STATEMENT OF JULIE MURRAY                                    CASE # 0018-00-03

THE FOLLOWING IS GOING TO BE A TAPE RECORDED STATEMENT REGARDING CASE
0018-00-03. THE OFFENSE IS GOING TO  BE A FRAUD WHICH OCCURRED AT THE
PLANTATION NISSAN ON  OCTOBER 2, 1999. THIS STATEMENT IS BEING   TAKEN
OF A W/F,  JULIE ANNE MURRAY.  THIS STATEMENT IS BEING TAKEN BY TELE-
PHONE AT THE PLANTATION POLICE DEPARTMENT, 451 N.W. 70 TERRACE IN THE
CITY OF PLANTATION, BROWARD  COUNTY, FLORIDA. THIS STATEMENT IS BEING
TAKEN  ON THE  14TH  DAY OF MARCH IN THE YEAR 2000  WITH THE STARTING
TIME OF 8:54  P.M.    THE  STATEMENT  IS BEING TAKEN DETECTIVE MICHAEL
SCOTT OF THE PLANTATION POLICE DEPARTMENT IN  THE CITY OF PLANTATION,
BROWARD COUNTY, FLORIDA.

---

q    Okay Julie, you do understand that I'm  a police officer with the
     Plantation Police Department?

a    Yes.

q    And you do understand that this is a recorded statement.

a    Yes I do.

q    Okay. Now for the purpose  of  this statement Julie, I'm going to
     swear you in and I'm gonna have to  trust you  that  you're gonna
     raise your right hand for me, okay.

a    Okay.

q    Julie  Murray do  you swear that this statement that you're about
     to give is gonna  be the truth,  the  whole truth and nothing but
     the truth?

a    Yes I do.

q    Okay. You can put your  hand down. And just for the record Julie,
     would you please state your full name.

a    Julie Anne Murray.

q    And is it all common spelling?

a    Ah, yes. Anne is A-N-N-E.

q    Alright. And what is your birth date Julie?

a    It's August 3rd, 1972.

q    Alright, what is your home address?

a    It is 1410 Stoneyrun  Trail,  Broadview Heights, Ohio, area  code
     44147.

STATEMENT OF JULIE MURRAY                                CASE # 0018-00-03

q    And the phone number there.

a    Area code 440/717-1465.

q    And do you have a work number if we need to get hold of you?

a    Yes, it's area code 330/725-9263.

q    Okay. What is your occupation Julie?

a    I'm a teacher.

q    And what at what school do you teach?

a    I teach at Ellicanivan (phonetic) Elementary School in Medina,
     Ohio.

q    Okay. What ah, grade do you teach?

a    I teach first grade.

q    Okay. Okay Julie, the reason that we're taking this statement
     today is that you have been contacted and ah, regarding identity
     fraud, correct?

a    Yes.

q    Okay. Ah, could you tell me briefly what happened, you know, over
     the past few months regarding someone using your identity.

a    Okay. I was ah, notified in August of 1999 from MBNA that they
     had reason to believe that my social security number had been
     used in ah, with fraud and so they advised me to call the three
     credit unions and get a credit report. So I did do that right
     away and when I was mailed my credit reports I found several
     different ah, things on each credit reports that I had not done
     and there were, there were cars, there was ah, credit accounts
     open, there was ah, loans, several different things ah that were
     used with my social security number.

q    None of which you had done yourself.

a    No. No, they were other ones that I had not done.

q    Okay.

a    And so from that point I just ah, started contacting the dif-
     ferent companies and agencies to help ah, clear my credit report
     and I even ah, faxed MBNA copies of those credit reports because

PAGE 2

STATEMENT OF JULIE MURRAY                          CASE # 0018-00-03

    they were also working to help ah, clear up  my  credit and  they
    were, it also helped them too  with their investigations too,   so
    you know, I was talking back and  forth with MBNA and  they  were
    also contacting some of the companies.

q    Okay.

a    And then ah, it was mailed all the affidavits and I've been
    filling those out. I'm  still, my credit is still not cleared  up
    completely. There's still some  different things on there  that I
    still am working on.

q    Okay.

a    With filling out the affidavits.

q    Alright. Do you recall some of the things that were purchased  on
    your credit, or with your ah, social security number?

a    Ah, there were, okay let's see. There was cars, one or two  cars.
    I know one was a Acura, ah I'm not quite sure what the other  one
    was. Ah, there were Dillard's accounts,  Burdines, ah there were
    loans taken with ah, Household Finance and let's see, there was a
    cell phone ah, from AT&T  Wireless, ah without it  in front of me
    I've, I've forgotten some of it.

q    That's the best you can recall though, right?

a    Yes, yes.

q    Okay. Specifically this ah, Acura that you spoke of.

a    Yes.

q    Ah, do you recall the dealership or anything where that was made?

a    Oh, I wish I had it, all my papers in front of me.

q    Do you recall if it was a Florida purchase?

a    It was in Florida, yes. I do know that.

q    Okay. Just  for the record, ah we  found that  a vehicle,  a 1999
    Acura,  4 door sedan, white  in color, was purchased at Rick Case
    Acura in the City of Plantation.

a    Uh huh (affirmative).

q    And it was purchased on July 2nd, 1999.

STATEMENT OF JULIE MURRAY                          CASE # 0018-00-03

a   Okay.

q   Ah, does that sound familiar?

a   Yes it does.

q   Okay. Ah, the location for Rick Case Acura is 875 North State
    Road 7, City of Plantation and according to the investigation ah,
    again this car was purchased on July 2nd, 1999, using a social
    security number which we believe is yours. What is your social
    security number Julie?

a   My social security number is 281 84 9691.

q   Okay. Just for the record, that is the social security number
    that was used on the application to make the purchase of the
    Acura on July 2nd, 1999. Ah, Julie, ah due to the fact that this
    person used your social security number, did you give consent or
    permission for anyone to use your social security number in this
    purchase?

a   No I did not.

q   Did you give consent or permission for anyone to use your social
    security number on any purchase what so ever?

a   No.

q   In the state of Florida?

a   No I did not.

q   Okay. Have you ever resided in the state of Florida?

a   No I haven't.

q   How long have you lived in Broadview Heights?

a   I've lived in Broadview Heights for a year and a half now, ah but
    I've lived in Ohio my entire life.

q   Okay. Ah, so any address changes or anything to the state of
    Florida are pretty much gonna be fraudulent accounts?

a   Yes. Anything outside the state of Ohio will be fraud.

q   Okay. Do you have credit cards and things of your own?

a   Yes I do.

PAGE 4

STATEMENT OF JULIE MURRAY                        CASE # 0018-00-03

q   Do you recall which ones you have?

a   I have a AT&T Universal card.

q   Okay.

a   Ah, that's my only major credit card. I really only have one.

q   Okay. Do you have a car loan?

a   Excuse me?

q   Do you have a car loan?

a   Ah, yes I do with GMAC. I have a leased car.

q   Okay, and that was purchased in Ohio?

a   Yes it was.

q   Okay. Ah, do you know an individual, a black female, by the   name
    of Juliette Rosemarie Murray?

a   No I do not.

q   Okay. So you never gave her permission  or consent to  use any of
    your identity, personal  identity, including your social security
    number to make any purchases in your name?

a   No I didn't.

q   Alright. Ah, is there anything else in  this statement Julie that
    you'd like to add that we didn't cover in this statement?

a   Um, no. I think you just about covered everything. Ah.

q   You are willing to prosecute this individual for the  use of your
    identity?

a   Oh, definitely. Yes.

q   Okay. And  if you need to come down to the state of Florida you'd
    be willing to come down?

a   Yes I would.

q   Alright.  Okay.  Alright, this will  conclude this  statement  of
    Julie Anne Murray on the 14th day of March of the year 2000  with
    the concluding time of 9:03 P.M.

PAGE 5

STATEMENT OF JULIE MURRAY                    CASE # 0018-00-03

TRANSCRIBED BY PATTI MAGRINO, 15 MARCH 2000. (0018-00-03.1)

PAGE 6

STATEMENT OF JULIETTE MURRAY                    CASE # 0018-00-03

THE FOLLOWING IS GOING TO BE A TAPE RECORDED STATEMENT REGARDING CASE
#0018-00-03. THE OFFENSE IS GOING TO BE A FRAUD WHICH OCCURRED AT THE
PLANTATION NISSAN, 747 NORTH  STATE ROAD 7 IN THE CITY OF PLANTATION,
BROWARD COUNTY, FLORIDA.   THE   INCIDENT   TOOK   PLACE ON OCTOBER   2ND,
1999. THIS STATEMENT IS BEING TAKEN OF A  VICTIM, JULIETTE S. MURRAY.
THIS STATEMENT IS BEING TAKEN BY TELEPHONE AT   THE   PLANTATION POLICE
DEPARTMENT, 451 N.W.   70 TERRACE IN THE  CITY   OF   PLANTATION AND   IS
BEING TAKEN   BY   DETECTIVE MICHAEL   SCOTT   OF   THE   PLANTATION POLICE
DEPARTMENT. THIS STATEMENT IS BEING TAKEN ON THE 14TH DAY OF MARCH IN
THE YEAR 2000 WITH THE STARTING TIME OF 4:08 P.M.

---

q   Okay Ms. Murray, you do understand that I'm a police officer with
    the City of Plantation Police Department?

a   I do.

q   And you also understand that this is a recorded statement?

a   Yes.

q   Okay, and ah for the purpose of this statement I am authorized by
    State  law to take sworn statements, which is what we're going to
    do today and I'm going  to ask you, I'm gonna trust  you to raise
    your right hand ...

a   ... uh huh (affirmative) ...

q   ... and I'm going to swear you in.

q   Okay.

q   Ms. Murray, do you swear that this statement you're about to give
    is  going  to be the truth, the whole  truth and nothing  but the
    truth?

a   I do.

q   Okay, you can put your hand down.  Just for the record, could you
    please state your full name.

a   My full name is Juliette, spelled J-U-L-I-E-T-T-E, middle initial
    "F" as in Frank, last name is Murray, M-U-R-R-A-Y.

q   Okay, I made  a  correction on that, I said "S" earlier didn't I.
    Okay. And what's your present home address Ms. Murray?

a   My present home  address is 1416 Brooklyn Avenue, Apartment 4C as

PAGE 1

in Charles, Brooklyn, New York 11210.

q   And what is your phone number there Ms. Murray?

a   My phone number is, my home phone number is 718/941-7942.

q   Okay, and if need be, can I reach you at work?

a   Yes you can.

q   And what's the best number there?

a   Ah, I'm gonna  give you two. Ah, 1, the area code is 212/222-7353
    or 212/222-7384.

q   Okay. And you work basically Monday through Friday?

a   Monday through Friday, ah normally 9:00 and some, sometimes  here
    till 5:30.

q   Alright. Okay Ms. Murray, the reason that we're  calling  you  to
    take this statement is that ah, we've been conducting an investi-
    gation  into  what's  called  "Identity Fraud",  of  which  we've
    identified your  social  security number being  compromised.  Ah,
    it's my understanding  that you  have  been  contacted previously
    regarding problems  with  your credit  and  your  social security
    number, is that correct?

a   Correct.

q   Ah, could  you please tell me  briefly how  this all started  and
    what happened?

a   Oh, okay. Ah, from mine information it started in January of this
    year, I'm  sorry, January of 1999, when I  received a credit card
    that I did not apply for from the MB, I think it's MBNA Bank.

q   Okay.

a   Or MBA Bank.

q   MBNA?

a   MB, MBA Bank.

q   Yeah, MBNA.

a   Okay.

PAGE 2

STATEMENT OF JULIETTE MURRAY                          CASE # 0018-00-03

q    Okay.

a    Ah, I, you know, I did never use the card. I didn't never think
     anything of it. Um, and I just received the card.

q    Uh huh (affirmative).

a    So um, I know I had recently been in Atlantic City and the card
     came and I was at Bally's and I think it was a Bally's charge
     card.

q    Okay.

a    Something similar to that. So I just, you know, let it go. Um, as
     I said I never used the card. In October I was notified by um,
     the MBNA Bank ...

q    ... uh huh (affirmative) ...

a    ... ah, ah person named Chris had called the job to say he
     believed that my ah, identity ah, had been used and my credit
     card accessed to open accounts.

q    Okay.

a    And he proceeded to tell me um, what to do to protect myself and
     that was to notify the credit bureaus in writing, gave me the
     addresses and the telephone number and what to do.

q    And did you do that?

a    Yes I did. I took care of it.

q    About when did you do that?

a    I did it ah, immediately.

q    Roughly what month?

a    Ah, October.

q    Of '99?

a    Ah, October '99.

q    Okay.

a    If I'm correct now.

PAGE 3

STATEMENT OF JULIETTE MURRAY                          CASE # 0018-00-03

q    Alright, since ...

a    ... yes, yeah, October of '99. November '99    I    started doing
     that.

q    Alright, well since then have you been having problems?

a    Ahhhh, no. No. Ah, I have a, an alert, a social security or alert
     put on my ah, credit.

q    Uh huh (affirmative).

a    That is any account or anything is opened in my name, they are to
     notify me to verify that I am who I say I am.

q    And you have not been called regarding any accounts?

a    I have not been called regarding any accounts.

q    Until we called you.

a    Until, okay let's  go back a   little  bit. It's for (laughs). I'm
     sorry.

q    Okay.

a    I  was also, I think it was October, I was notified by  Discovery
     card that someone was trying, had, was using  my  Discovery  card
     number to wire money to a  person in,  if  I'm  mistaken  it  was
     Hollywood, Florida.

q    Alright.

a    Effa (phonetic) Barnes (phonetic)  or something like that. I have
     my  notes but I don't have them with me. Ah, so the operator,   ah
     the customer services rep  told me this and ah, she also told   me
     she was gonna to immediately close that account.

q    Okay.

a    Which she did. I, I received a verification and everything in the
     mail. Conformation that she had closed it.

q    Alright.

a    Then I was contacted by the Coconut Creek ah, Police Department.

q    Okay.

PAGE  4

STATEMENT OF JULIETTE MURRAY                          CASE # 0018-00-03

a    By Det., Detective ...

q    ... (unintell) ...

a    ... yes.

q    Okay.

a    He also contacted me to let me know that my ah, my social
     security ah, number had been compromised and that the person had
     ah, used my number to open some charge a card. Also, let me go
     back a little bit, sometime during that same period in that
     month, I was notified by Household Finance ...

q    ... okay ...

a    ... that ah, they had sent me an affidavit to complete that.
     someone using my name and identity had opened um, had applied for
     a loan.

q    Alright.

a    And they asked me to complete the affidavit, to send it back, of
     which I did.

q    Alright.

a    And since then I have received ah, documentation from them
     stating that ah, you know, I've been absolved from all of this
     because it was a fraud ...

q    ... alright ...

a    ... case.

q    Okay.

a    Ah, and then I got a letter from them stating the amount. I think
     it was $4,000.00 and change.

q    Alright.

a    The person had applied for.

q    Okay.

a    And I think I'm up to date.

q    Okay. So ah, most recently then ah, myself, or excuse me, Inspec-

PAGE 5

STATEMENT OF JULIETTE MURRAY                    CASE # 0018-00-03

tor Tom Bender, who I am working with in this case, contacted you
regarding your  social security number being used in a car  loan,
correct?

a    Correct.

q    Okay. Would you please tell me about that particular case?

a    Okay. Ah, ah my understanding the ah, Detective Bender had called
my home on Friday and I  got a message ah, ah I don't know  if he
left  a message on the machine, he talked to  my son asking me to
get  in  touch  with  him  immediately  regarding ah,  my  social
security, um number being compromised and used for fraud.

q    Okay.

a    He also called my job. He left a message  for me, which I  got on
Monday when I was touring, I was out of the country.

q    Okay.

a    So I immediately  called him Monday morning, ah when I got in and
he called  me  back  ah,  yesterday,  which  was Monday the 13th,
around, I guess it was around 4:00 P.M.

q    Alright.

a    And he told me ah, that my  social security  number had been used
on a financial agreement to purchase a car.

q    Did he specify what kind of car?

a    He said ah, I think he said a Ne, a Nissan.

q    Okay.

a    Ah,  he  knew who  the  person  was and that  ah, they  were into
processing, process of arresting the person, but he  could not do
it un,  until he spoke to me  first to get, you  know, background
information.

q    Right.

a    And to see, and for me to identify myself.

q    Okay.

a    Of which I did.

PAGE 6

STATEMENT OF JULIETTE MURRAY                    CASE # 0018-00-03

q   Alright.

a   Ah, he also told me that ah, you know, they had planned to do the
    arrest today. Ah,  the person had been  under investigation for a
    while and they, you know, wanted the person to be in the car.

q   Right.

a   And then that they were going to arrest the person.

q   Okay. So, as far as the Nissan, ...

a   ... uh huh (affirmative) ...

q   ... ah, did you ever authorize anyone to use your social security
    number to make any car purchases in your name?

a   No.

q   Alright. I  wanted to read  the social security number, ah social
    security number 243 84 4029. Is that your social security number?

a   Yes it is.

q   Alright,  and October 2nd of the year  2, ah 1999 at  a  business
    called Plantation Nissan, 747 North State Road 7, there was a car
    purchased under  the name of Juliette Murray, ah with this social
    security number. Are you that same Juliette Murray that made that
    purchase?

a   No I'm not.

q   And  you never  authorized anyone to  use  your  social  security
    number.

a   No I did not.

q   Alright. Have you ever resided in Florida Ms. Murray?

a   No I have not.

q   Your present address in Brooklyn, New York is current and  you've
    been there for a while?

a   Yes. Ah, over 23 years.

q   Okay. Do you anybody in south Florida, any relatives or  anything
    down here that would your identity?

PAGE 7

STATEMENT OF JULIETTE MURRAY                    CASE # 0018-00-03

a    No.

q    No?

a    No.

q    Okay. Ah, based on  the fact that your social security number was
     used in  a car deal at the Nissan dealership, ah and  you did not
     give  permission for anyone  to use your social  security number,
     are you  as  a victim  of  ah,  identity  fraud willing to  press
     charges?

a    Yes I am.

q    Okay. Have you had any other problems with  your credit report or
     ah, social security or anything, other than what we've  described
     in this statement?

a    Ah, no I think I pretty much captured it all. I, I, one thing  I,
     I just  remembered  that I forgot about  the Discovery card.   The
     person had changed my ah, address, 1416 Brooklyn Avenue, ...

q    ... okay ...

a    ... to an address in Florida.

q    Do you recall that address?

a    Oh, it could be in my notes.

q    Let me ask you, if I give you a address ...

a    ... uh huh (affirmative) ...

q    ... would that refresh your memory?

a    Possibly.

q    Alright. A possible address is 1677 N.W. 58th Avenue familiar?

a    Ah, I, I'm not sure.

q    Not sure.

a    No I'm not sure.

q    Okay. Not a problem.

a    Okay.

STATEMENT OF JULIETTE MURRAY                    CASE # 0018-00-03


q   Ah, well is there anything else in the statement you'd like to
    add Ms. Murray?

a   Ah, yes. Um, I, I'd like to add that ah, this has caused me, huh,
    ah untold aggravation. It has, in a sense I feel destroyed my
    credit, which I, which has taken me years to build, a good
    credit.

q   And you've had problems with it.

a   Yes, ...

q   ... because of this ...

a   ... and I feel violated.

q   Uh huh (affirmative).

a   You know, I feel like ah someone has just come in and just
    destroyed part of my life.

q   Right.

a   Because they invaded something and they did it willingly and with
    intent. Ah, I am prepared to help um, the police in anyway
    possible, fully and I want this person prosecuted and punished.

q   Well let me ask you one other question Ms. Murray.

a   Yes.

q   While I'm thinking of it. Ah, do you own credit cards now?

a   Yes I do.

q   What companies do you have cards with?

a   Okay, ah, okay I can tell you right now. I have one of my credit
    reports with me. I have a card with Macy's, a credit card with
    Macy's. I have a credit card with Capital One, the bank.

q   A Visa or Mastercard?

a   Eee, oh, oh I think it's a Mastercard. I don't have it with me.

q   Yeah, cause that particular bank puts out both.

a   Ah, I'm sorry?

PAGE 9

STATEMENT OF JULIETTE MURRAY                    CASE # 0018-00-03


q    That particular bank puts out both Mastercard and Visas.

a    Oh, do, do, do, do, do, do. I'm not sure.

q    Okay.

a    And I don't want to tell you wrong information.

q    That's fine.

a    Okay, I have a card with ah, hold on a second, Sears.

q    Okay.

a    Ah, Universal Card Services, that's the AT&T Bank.

q    Alright.

a    Have a card with Layne Bryant.

q    Alright.

a    I have a card with J.C. Penney's.

q  . Okay.

a    Let's see where else. Ah, Discover Financial Services.

q    Alright. Have any of these cards ever reported to you  a problem
     with purchases or anything, or account take overs?

a    Oh no, other than Discover card.

q    Just Discover.

a    Just Discover, that's it.

q    That you spoke of earlier last year.

a    Yes.

q    Okay.

a    That's the, that's the only one.

q    Alright.

a    Ummm, let  me see who else.  And  I  have a  Citibank  Size card,

                              PAGE 10

STATEMENT OF JULIETTE MURRAY                    CASE # 0018-00-03

Avenue now.

q    Is that a store or is that a ...

a    ... yes, that's a store. That's a department store.

q    Okay.

a    And I think that's it.

q    Alright. And now  these cards have been compromised that you were
     ...

a    ... naw, naw, naw, no. I haven't been notified that have.

q    Okay. And you have not noticed anything on them.

a    I have not noticed anything going. Even with the Discovery card I
     didn't know because the address was changed.

q    Okay.

a    So that didn't come to me.

q    And they contacted you.

a    They contacted me, yes.

q    Okay.

a    Okay.  Alright, this  will  conclude  this statement  of Juliette
     Murray on the 14th day of March, the year 2000, with the conclud-
     ing time of 4:22 P.M.

     TRANSCRIBED BY PATTI MAGRINO, 15 MARCH 2000. (0018-00-03)

LEASE CREDIT APPLICATION

**PLEASE PRINT**

plete application will NOT be processed.

Applicant: please sign ... your marital status below only if this purchase is in a community property state (AZ, CA, ID, LA, NV, NM, TX, WA, WI); or (a) this is a joint application; or (b) this is an application for secured ... Owed. If you're married, you must answer all questions about your spouse (even if this is an application in your name alone) only if you live in a community property state or any property that will ... to creditors; loan is located in a community property state.

I understand that a ... of this credit in my name alone, without my spouse or any other person, regardless of my marital status, I'm applying ... may apply.

THE VEHICLE BEING APPLIED FOR WILL BE USED PRIMARILY FOR (CHECK ONE)
- [ ] IN MY NAME ALONE
- [ ] JOINTLY WITH MY SPOUSE

___ PERSONAL, FAMILY OR HOUSEHOLD PURPOSES
___ BUSINESS, COMMERCIAL OR AGRICULTURAL PURPOSES, OR YOU ARE AN ORGANIZATION OR GOVERNMENTAL ENTITY

WILL APPLICANT(S) BE PRINCIPAL DRIVER OR OPERATOR? [ ] YES [ ] NO If no, list names and addresses of principal drivers or operators.

**APPLICANT OR CO-APPLICANT**

| LAST | FIRST | MIDDLE | GENERATION | BIRTHDATE | SOCIAL SECURITY NO. | |
|---|---|---|---|---|---|---|
| | | | | | 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 | [ ] MARRIED [ ] UNMARRIED [ ] SEPARATED |

| HOME ADDRESS | CITY | COUNTY | STATE | ZIP | HOW LONG? |
| | | | CL | 33213 | YRS ___ MOS |

| MAILING ADDRESS | CITY | COUNTY | STATE | ZIP | HOME PHONE NO. | WORK PHONE NO. |

GARAGING LOCATION OF VEHICLE

| RESIDENTIAL STATUS - APPLICANT | | | AGES OF DEPENDENTS |
| [ ] HOUSE [ ] APT/CONDO [ ] MOBILE HOME | [ ] RENTING [ ] BUYING | [ ] PARENTS [ ] RELATIVES [ ] FRIENDS [ ] OTHER | |

| PREVIOUS FULL ADDRESS | | ZIP | HOW LONG? | DRIVER'S LIC NO. | STATE |
| | | 33213 | YRS ___ MOS | | |

| EMPLOYER NAME AND FULL ADDRESS | [ ] SELF EMPLOYED | HOW LONG? | YOUR OCCUPATION |
| | | YRS ___ MOS | |

| PREVIOUS EMPLOYER NAME and FULL ADDRESS | HOW LONG? | YOUR OCCUPATION |

| NEAREST RELATIVE NOT LIVING WITH YOU and FULL ADDRESS | ZIP | PHONE NO. | RELATIONSHIP |
| | 33213 | | |

| CLOSE FRIEND and FULL ADDRESS | ZIP | PHONE NO. |
| | 33211 | |

**SPOUSE**

| LAST | FIRST | MIDDLE | GENERATION | BIRTHDATE | SOCIAL SECURITY NO. | |
| | | | | | | [ ] MARRIED [ ] UNMARRIED [ ] SEPARATED |

| HOME ADDRESS | CITY | COUNTY | STATE | ZIP | HOW LONG? |

| MAILING ADDRESS | | ZIP | HOME PHONE NO. | WORK PHONE NO. |

| PREVIOUS FULL ADDRESS | | ZIP | HOW LONG? | DRIVER'S LIC NO. | STATE |

| EMPLOYER NAME AND FULL ADDRESS | [ ] SELF EMPLOYED | HOW LONG? | YOUR OCCUPATION |

| PREVIOUS EMPLOYER NAME and FULL ADDRESS | HOW LONG? | YOUR OCCUPATION |

| NEAREST RELATIVE NOT LIVING WITH YOU and FULL ADDRESS | ZIP | PHONE NO. | RELATIONSHIP |

**INCOME** — You or your spouse don't have to reveal income from alimony, child support or separate maintenance unless you or your spouse want it considered. AND to consider it when evaluating this application.

| | GROSS | NET | | GROSS | NET |
|---|---|---|---|---|---|
| Applicant's monthly income from employment | $4400.00 | | Applicant's other income (monthly) | $ | |
| Spouse's monthly income from employment | $ | | Spouse's other income (monthly) | $ | |
| Total Monthly Income (include other income) | $ | | Source | | |

Is any of this income likely to be reduced or interrupted before the credit requested is paid off? [ ] NO [ ] YES (If yes, explain on separate sheet.)

**FINANCIAL INFORMATION** — If you're married and live in a community property state, the seller/lessor and AHFC will assume that all assets and income are community property and all debts are community obligations, unless otherwise shown in the Asset and Debt identification section below.

| BANK and FULL ADDRESS | [ ] SAVINGS NO. | [ ] CHECKING NO. |
| OTHER FINANCIAL INSTITUTION and FULL ADDRESS | [ ] SAVINGS NO. | [ ] CHECKING NO. |

OTHER ASSETS

| TYPE OF LOAN OR DEBT | TO WHOM OWED | ADDRESS | PHONE | BALANCE | MO. PMT. |
|---|---|---|---|---|---|
| [ ] FIRST MORTGAGE [ ] RENT/LANDLORD | | | | $ | $ |
| [ ] SECOND MORTGAGE [ ] MOBILE HOME SPACE RENT | | | | $ | $ |

| CREDIT CARDS AND OTHER DEBTS | BANK/BRANCH | ACCOUNT NUMBER | | BALANCE | MO. PMT. |
|---|---|---|---|---|---|
| VISA / MASTERCARD | | | [ ] OPEN [ ] CLOSED | $ | $ |
| AMEX / DINER'S CLUB / ETC. | | | [ ] OPEN [ ] CLOSED | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |

| PREVIOUS VEHICLE | [ ] FINANCED [ ] LEASED | BY | YEAR | MAKE | MODEL | IS IT [ ] YES [ ] NO | BAL. OR DATE PAID | |
|---|---|---|---|---|---|---|---|---|

IS ANY DEBT PAST DUE? [ ] YES [ ] NO If more space is needed, attach a separate sheet. TOTALS ▶ $ | $

Has applicant or spouse ever obtained credit under a different name? [ ] YES [ ] NO If yes, show names:
Has applicant or spouse voluntarily surrendered or had a vehicle, appliance, or any other item repossessed? [ ] YES [ ] NO
Has applicant or spouse ever been the subject of bankruptcy proceedings? [ ] YES [ ] NO If answer is YES to either of the last two questions, attach a separate sheet and give full details.

By completing this application to obtain credit, I certify that the statements above (or on the reverse, or on any attachment) are true and complete. I authorize the seller-lessor and AHFC to check the information on this application, check my credit references, verify my employment, provide credit information about this transaction to others, and give a copy of this application to anyone who is agreed to pay debts incurred on the behalf of this applicant. I understand AHFC will be asked to buy the contract involved in this sales transaction or to make a loan to the lessor secured by my obligation concerning my lease transaction, as applicable. I authorize AHFC to communicate the reason(s) for action taken on this application to this dealer named above.
NOTICE TO MAINE, NEW YORK, OHIO and MARRIED WISCONSIN RESIDENTS. SEE REVERSE SIDE OF THIS DOCUMENT FOR ADDITIONAL INFORMATION.

X _____  DATE _____  X _____  DATE _____
APPLICANT'S SIGNATURE                          SPOUSE'S SIGNATURE

LS APP 6/94

CUSTOMER

cr-06229-WPF    Document 26    OSED-ENTERED SE ON PRE-FLSD Docket 09/04/2001    Pa

Finance

**ACURA** *Luxury Lease*  (A)

07/02/99

| LESSEE & CO-LESSEE (Print Name & Address) | VEHICLE GARAGING ADDRESS (if different) | LESSOR (Dealer) |
|---|---|---|
| JULIETT MURRAY | | RICK CASE ACURA |
| 1737 NW 57TH TERR | | 875 N. STATE RD 7 |
| LAUDERHILL | | PLANTATION |
| FL  33313 | | FL  33317 |
| BROWARD | | |
| | (954)739-3805 | |

By signing this Lease, Lessee and Co-Lessee ("I", "my", "me") agree to lease the Vehicle, described below, according to the terms on both sides of this Lease. I accept delivery of the Vehicle and acknowledge that it is in good operating order, equipped as described and has the odometer reading recorded below. "Lessor" refers to the Lessor ("Dealer") named above and Assignee. American Honda Finance Corporation (AHFC) will administer this Lease.

Assignee: AHFC, or, if specified, the following company: **HONDA LEASE TRUST**

### VEHICLE DESCRIPTION

| New/Used | Year/Make/Model | Body Style | Vehicle Identification Number | Odometer Reading | Primary Use: |
|---|---|---|---|---|---|
| N | 1999 ACURA 3.5 RL | 4DR 3.5 | JH4KA9669XC009759 | 10 | ☒ Personal, Family, or Household  ☐ Business, Commercial, Agricultural or Lessee is an organization or governmental entity |

Including Standard Manufacturer Installed Features (unless replaced by upgraded equipment) and the Following Dealer Installed Options:
___ Air Conditioning  ___ Leather Interior  ___ Power Moonroof  ___ Custom Wheels  ___ Rear Wing Spoiler  ___ Alarm System
Audio System Includes:  ___ AM/FM Stereo  ___ AM/FM Stereo with Cassette Player  ___ Cassette Player  ___ CD Changer  ___ CD Player
Other Dealer Installed Options: _____

### FEDERAL CONSUMER LEASING ACT DISCLOSURES

| AMOUNT DUE AT LEASE SIGNING (itemized below) | MONTHLY PAYMENTS | OTHER CHARGES (not part of my monthly payment) | TOTAL OF PAYMENTS (the amount I will have paid by the end of the Lease) |
|---|---|---|---|
| $ 8700.00 | My first monthly payment of $ 350.00 is due 07/02/99 followed by ____ payments of $ 350.00 due on the 2nd of each month. The total of my monthly payments is $ 13650.00 | Disposition Fee (if I do not purchase the Vehicle) ... $ 0  Total ................ $ 0 | $ 21650.00 |

### ITEMIZATION OF AMOUNT DUE AT LEASE SIGNING

| Amount Due at Lease Signing | | How the Amount Due at Lease Signing will be Paid | |
|---|---|---|---|
| Capitalized Cost Reduction (Amount Paid in Cash) ... $ | 7000.00 | Credit for Net Trade-in Allowance | |
| Sales/Use Tax on Amount Paid in Cash ............ + | 420.00 | Year N/A  Make N/A  Model N/A    $ | N/A |
| Capitalized Cost Reduction (Credit for Net Trade-in Allowance) + | N/A | Rebates .............. + | N/A |
| Sales/Use Tax on Credit for Net Trade-in Allowance ...... + | N/A | Noncash Credits .......... + | N/A |
| Advance Monthly Payment (1st Month) ............. + | 350.00 | Amount Paid By _____ + | N/A |
| Advance Single Payment (if Single Payment Lease) ... + | N/A | Amount to be Paid in Cash. ...... + | 8700.00 |
| Refundable Security Deposit .................. + | 350.00 | TOTAL ................ = $ | 8700.00 |
| Initial Title Fees ...................... + | N/A | | |
| Initial Registration Fees .................. + | 108.51 | | |
| Other _____ + | N/A | | |
| Other: DOC FEE + | 399.00 | | |
| Other: , STATE FEES + | 72.49 | | |
| TOTAL ..................... = $ | 8700.00 | | |

### MY MONTHLY PAYMENT IS DETERMINED AS SHOWN BELOW:

| | | |
|---|---|---|
| GROSS CAPITALIZED COST ......... $ | 39805.64 | The agreed upon value of the Vehicle ( $ 39140.23 ) and any items I pay for over the Lease Term (such as taxes, fees, service contracts, insurance, and any outstanding prior credit or lease balance). For an itemization of this amount, please check this box. ☐ |
| CAPITALIZED COST REDUCTION ...... − | 7000.00 | The amount of any net trade-in allowance, rebate, noncash credit, or cash I pay that reduces the gross capitalized cost |
| ADJUSTED CAPITALIZED COST ....... = | 32805.64 | The amount used in calculating my base monthly payment. |
| RESIDUAL VALUE ............ − | 23508.15 | The estimated value of the Vehicle at the scheduled end of the Lease Term used in calculating my base monthly payment. |
| DEPRECIATION AND ANY AMORTIZED AMOUNTS ......... − | 9297.49 | The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term. |
| RENT CHARGE ............. + | 3579.81 | The amount charged in addition to the depreciation and any amortized amounts |
| TOTAL OF BASE MONTHLY PAYMENTS .. − | 12877.30 | The depreciation and any amortized amounts plus the rent charge. |
| LEASE TERM: 39 MONTHS ... + | 39 payment(s) | The number of payments required during the term of my Lease. |
| BASE MONTHLY PAYMENT ......... − | 330.19 | |
| MONTHLY SALES/USE TAX ......... + | 19.81 | |
| OTHER + | N/A | |

EARLY TERMINATION. I may have to pay a substantial charge if I end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is ended. The earlier I end the Lease, the greater this charge is likely to be.

EXCESSIVE WEAR AND USE. I may be charged for excessive wear based on Lessor's standards for normal use and for mileage in excess of ____ 12000 ____ miles per year at the rate of ____ 15 ____ cents per mile.

PURCHASE OPTION AT END OF LEASE TERM. I have an option to purchase the Vehicle AS-IS, WHERE-IS at the end of the Lease Term for $ 23508.15 plus any required taxes and fees.

OTHER IMPORTANT TERMS. Review this Lease for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

## VEHICLE WARRANTIES

If the Vehicle is new, it is covered by the Manufacturer's New Vehicle Warranty. If the Vehicle is new or used, it is not covered by any other warranty unless identified below:

____ Remainder of Manufacturer's New Vehicle Warranty.

____ Manufacturer's Used Vehicle Limited Warranty.

____ Manufacturer's Extended Warranty.

____ Other:

Lessor assigns to me all of its rights in the above specified warranties. LESSOR LEASES THE VEHICLE "AS-IS" AND MAKES NO WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE VEHICLE AND SPECIFICALLY DISCLAIMS ANY WARRANTIES IMPLIED BY LAW, INCLUDING WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE.

## OTHER CHARGES

I understand that the "Other Charges" and "Total of Payments" boxes above do not reflect amounts collected on behalf of third parties (such as properly taxes, fines, fees, etc.) or charges imposed if I fail to abide by or modify the terms of this Lease. I am also responsible for these amounts and will refer to all other terms and conditions of this Lease for a description of all charges due.

## OPTIONAL SERVICE CONTRACT

An optional service contract promises to perform services or provide benefits relating to the maintenance or repair of the Vehicle. These coverages are not provided by the Lessor. I must pursue all matters relating to these coverages through the provider. The terms and conditions for these coverages are in a separate contract, which I have read and received.

Price: $ ____ N/A ____ Provider: ____

Price: $ ____ N/A ____ Provider: ____

If the price of any service contract is not included in the Amount Due at Lease Signing, the price will be included in the Gross Capitalized Cost and will be subject to rent charges.

## ESTIMATED FEES AND TAXES DURING LEASE TERM

I agree to pay when/due or reimburse Lessor for the following estimated amount (which may vary if I change the Vehicle's garaging address) for title/license/registration/official fees and taxes over the term of my Lease, whether paid at lease signing, included in my monthly payments or assessed otherwise: ........................... $ 1764.65

## VEHICLE INSURANCE

I will pay for and maintain during the Lease term, and until the Vehicle is returned to Lessor, insurance on the Vehicle which has the following minimum coverages:
(1) Public Liability Insurance that either covers up to **$100,000** for bodily injuries to any one person, **$300,000** for bodily injuries for any one accident, and **$50,000** for property damage, or has a combined single limit of **$500,000** for bodily injuries and property damage for any one accident, **and**
(2) Physical Damage Insurance covering loss or damage to the Vehicle, with deductibles of no more than **$1,000** for collision and upset loss and **$1,000** for comprehensive fire and theft loss.

The Policy of Public Liability Insurance must show Assignee as an additional insured. The policy of Physical Damage Insurance must show Assignee as loss payee. I may choose to get the required coverages myself or through any person. The policies must be written by an insurance company acceptable to Lessor. I agree to provide proof of insurance to Lessor upon request. No other types of insurance are required by Lessor.

THE VALID AND COLLECTIBLE LIABILITY INSURANCE AND PERSONAL INJURY PROTECTION INSURANCE OF ANY AUTHORIZED RENTAL OR LEASING DRIVER IS PRIMARY FOR THE LIMITS OF LIABILITY AND PERSONAL INJURY PROTECTION COVERAGE REQUIRED BY SECTIONS 324.021(7) AND 627.736, FLORIDA STATUTES.

All insurance related information must be addressed to the Assignee, c/o PDP Services, P.O. Box 988, Hunt Valley, Maryland 21030.

Insurance Company Name: Associates Ins   Policy Number: UP020938303-00
Agent Name: Union American   Agent Telephone: 95-236-2277
Agent Address: 2500 NW 79 Ave   City: Miami   State: FL   Zip Code: 33122

---

### DISCLOSURES REQUIRED BY FLORIDA LAW. FOR PURPOSES OF THIS NOTICE, THE REFERENCES TO "YOU" AND "YOUR" REFER TO THE LESSEE.

THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.

| | | |
|---|---|---|
| CAPITALIZED COST | $ 39805.64 | (Your total costs of goods, services & fees) |
| CAPITALIZED COST REDUCTION | $ 7000.00 | (Your total credits) |
| ADJUSTED OR NET CAPITALIZED COST | $ 32805.64 | (Your net cost of goods, services & fees) |

NOTICES TO LESSEE AND CO-LESSEE: (1) CAUTION — IT IS IMPORTANT THAT I THOROUGHLY READ THIS AGREEMENT BEFORE I SIGN IT. (2) I WILL NOT SIGN THIS AGREEMENT BEFORE I READ BOTH SIDES OF IT OR IF IT CONTAINS ANY BLANK SPACES TO BE FILLED IN. (3) I AM ENTITLED TO AN EXACT COPY OF THE LEASE I SIGN. I WILL KEEP IT TO PROTECT MY LEGAL RIGHTS. BY SIGNING BELOW, I ACKNOWLEDGE THAT I HAVE READ BOTH SIDES AND RECEIVED A COMPLETED COPY OF THIS LEASE AGREEMENT.

WARNING — UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, NONE IS PROVIDED BY LESSOR.

BY SIGNING BELOW, YOU ACKNOWLEDGE THAT YOU HAVE READ AND RECEIVED A COMPLETED COPY OF THIS LEASE AGREEMENT.

LESSEE _____   BY _____   TITLE _____

CO-LESSEE _____   BY _____   TITLE _____

Lessor accepts this Lease and assigns all right, title and interest in this Lease, the Vehicle and Guaranty (if any) described herein to Assignee.

Lessor (Dealer): RICK CASE ACURA   By: _____   Title: _____

MLS FL-AA 6/97

SEE OTHER SIDE FOR ADDITIONAL TERMS AND CONDITIONS
LESSEE



March 14, 2000

Detective Mike Scott
Plantation Police Department
Plantation, Florida

Re: Our Lease #102-HA777
    Juliett Murray
    SSN 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

Dear Detective Scott,

It is our understanding that the 1999 Acura RL, VIN JH4KA9669XC009759,
leased by the above named individual and registered to Honda Lease Trust, has
been confiscated and impounded by your department as a result of an
investigation regarding alleged credit fraud.

American Honda Finance Corporation (AHFC), as the registered owner of the
above described vehicle, would like to gain possession of that vehicle as soon as
possible. This vehicle would be processed as a repossession and not returned
to the above individual without your authorization.

Please call me at (800) 344-2777 ext. 2921 if you need anything additional.

Regards,

Frank J. Balzano
Branch Manager

American Honda Finance Corporation  PO. Box 1027, Alpharetta, Georgia 30009  (770) 475-2121

** TOTAL PAGE.02 **

00077          3 02       0     59.10          10:18 07/13/99

| TAG NUMBER | 10 |
|---|---|

| AL NUMBER | YR | DECAL ISSUED | E | BIRTHDATE MO. DAY YR | EXPIRES MO. DAY YR | OWNER IDENT. | TRANS. CODE | FEE | TAG ISSUED | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07188606 | 9 | 1 | C | 113d0d | 113d99 | HOND | | 3 | 1 | A53QWN |

| E NUMBER | VEHICLE IDENTIFICATION NO | YR. MAKE | WT/LENGTH | CLASS | GVW/LOC | COLOR WHT |
|---|---|---|---|---|---|---|
| 7561994 | JH4KA9669XC009759 | 99 | 3763 | 09 | | ACUR 4D |

10 = CO#
7 = AGY
464 = RPT.
A53QWN
07188606=
T-ONLY=
*0*0T
PREV ISS DT

1st OWNER D1. NO.          2nd OWNER D1. NO.

NDA LEASE TRUST
37 NW 57TH TERR % MURRAY, JULIETT
UDERHILL, FL.          33313

| NO FL DL | M600436717840 |
|---|---|
| INSURANCE PIP | LIABILITY | CREDIT $ | REFUND $ | DATE ISSUED MO DAY YR |
| A | | 0.00 | 0.00 | 07 1399 |

EXEMPT-0
00077

| . MONEY | MOS. | TAX $ | BY MOS | BACK TAX$ | OBF CHG $ | OTHER DEDS $ | INT TAX$ | MO | CLASS WT/LENGTH |
|---|---|---|---|---|---|---|---|---|---|
| | 4 | 43.35 | | 0.00 | 3.00 | 0.00 | 46.35 | | |

| MVWTF | TITLE FEE $ | LATE PENALTY $ | LIEN $ | BC 50BF | TITLE TOTAL $ | SALES TAX TOTAL $ | GRAND TOTAL $ |
|---|---|---|---|---|---|---|---|
| $2* | 4.00 | 0.00 | 2.00 | 4.75 | 12.75 | 0.00 | 59.10 |

ODT $1

(Tag, Title, Sales Tax)

| OFFICE USE ONLY: | TITLE # | TRANSACTION CODE |
|---|---|---|
| | 77561994 3 | 11 |

ORIGINAL - NEW

| TE/PREV. REG | DATE VEHICLE ACO'D | NEW | USED | ODOMETER |
|---|---|---|---|---|
| N | 070299 | X | | 000010 07/02/99 A-ACTUAL MILEAGE |

E OF FIRST LIENHOLDER. (IF NO LIEN, ENTER NONE)

Owner's Address (Florida residental address of owner, if different from above)

HDA LEASE TRUST

DATE OF LIEN

35 NORTHMEADOW PKWY #100          070299

STATE          ZIP CODE

SWELL  GA          30076

E OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER

REPLACEMENT TAG/DECAL

THE LICENSE PLATE AND/OR DECAL IDENTIFIED HERE HAS BEEN LOST, STOLEN, DESTROYED OR DEFACED, AND THE POLICE OR SHERIFF HAS BEEN NOTIFIED. DEFACED ITEMS ARE HEREWITH SURRENDERED.

CK CASE ACURA

| TAG NUMBER | DECAL NUMBER | YEAR |
|---|---|---|
| | | |

STATE          ZIP CODE

| INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS | $ 0,00 |
|---|---|
| INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER 212, FLORIDA STATUTES. | $ 0.00 |

| LER LICENSE NO | SALES TAX REGISTRATION NO |
|---|---|
| 9VF001317 | 16-20-155254-23 |

| | CONSUMER EXEMPTION CERTIF. # OR SALES TAX EXEMPTION # | SELLING PRICE VERIFIED |
|---|---|---|
| TRANSFER OF TITLE IS EXEMPT FROM FLORIDA SALES OR USE TAX FOR THE REASON(S) CHECKED | PURCHASER HOLDS VALID EXEMPTION CERTIFICATE | VEHICLE WILL BE USED EXCLUSIVELY FOR RENTAL | 780905546123 |

I/WE HEREBY CERTIFY THAT THE MOTOR VEHICLE TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS OF THIS STATE.

COMMENTS

ICLE
GE  L-LEASE          X   ODOMETER DECLARATION CERTIFICATION

I HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED MOTOR VEHICLE, AND MAKE APPLICATION FOR TITLE AND/OR REGISTRATION. FURTHER CERTIFYING THAT A PHYSICAL WINATION OF THE VEHICLE HAS BEEN MADE AND THAT THE INFORMATION DESCRIBING IT HEREIN IS CORRECT. I/WE AFFIRM UNDER PENALTY OF PERJURY THAT THE INFORMATION HEREIN IS JE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING MOTOR VEHICLE DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

13          JUL          99

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

DATE

Signature of Registered Owner          Signature of Registered Co-Owner

**Provident Bank**    FAX 1-800-654-8040    **Credit Application**    Purchase ☐    Lease ☐

## APPLICANT

| Full Name | | Birth Date | Social Security No | Driver's License # |
|---|---|---|---|---|

| Home Address | Street, City, State, Zip | | No. Dependents | Years There | Home Phone |
|---|---|---|---|---|---|

| Own ☐ Rent ☐ | Rent/Mortgage Monthly Payment | Balance due of same | Cost of Home $ | Full Mortgage Balance $ | Second Mortgage Balance $ |
|---|---|---|---|---|---|

| Former Address | Street, City, State, Zip | | | | Years There |
|---|---|---|---|---|---|

| Employer | Address | | Business Phone | Occupation | Years There |
|---|---|---|---|---|---|

| Gross Mo. Pay $ | Net Take Home $ | Other Income: Income from alimony, child support, or separate maintenance payments need not be revealed if you do not choose to have it considered as a basis for repaying this obligation. | Source of Other Income | Other Income $ |
|---|---|---|---|---|

| Former Employer | Address | | Occupation | Years There |
|---|---|---|---|---|

| Name of Nearest Relative Not Living With You | | | | | |
|---|---|---|---|---|---|

| | | | Are You Obligated To Make Mo. Alimony, Child Support or Maintenance Payments?  ☐ Yes  ☐ No  $ | |
|---|---|---|---|---|
| Address of Relative | | | Relationship | Home Phone |

## FINANCIAL

| Name of Bank(s) | ☐ Checking Account No. |
|---|---|
| | ☐ Savings Account No. |

City, State

| Name of Company or Bank From Which Last Vehicle Was ☐ Financed  ☐ Leased | Monthly Payment Amount $ | ☐ Open or ☐ Closed | ☐ Keeping ☐ Trade In ☐ Selling |
|---|---|---|---|

## CO-APPLICANT

| Full Name | | Birth Date | Social Security No | Driver's License # |
|---|---|---|---|---|

| Home Address | Street, City, State, Zip | | No. Dependents | Years There | Home Phone |
|---|---|---|---|---|---|

| Employer | Address | | Business Phone | Occupation | Years There |
|---|---|---|---|---|---|

| Gross Mo. Pay $ | Net Take Home $ | Other Income: Income from alimony, child support, or separate maintenance payments need not be revealed if you do not choose to have it considered as a basis for repaying this obligation. | Source of Other Income | Other Income $ |
|---|---|---|---|---|

| Former Employer | Address | | Occupation | Years There |
|---|---|---|---|---|

| Name of Nearest Relative Not Living With You | | | | | |
|---|---|---|---|---|---|

| | | | Are You Obligated To Make Mo. Alimony, Child Support or Maintenance Payments?  ☐ Yes  ☐ No  $ | |
|---|---|---|---|---|
| Address of Relative | | | Relationship | Home Phone |

## CREDIT REFERENCES - APPLICANT AND CO-APPLICANT

Current obligations including banks, finance co., dept. stores and credit cards. Indicate debts of applicant with 'A' and debts of co-applicant with 'B'; indicate debts on which both are jointly obligated with 'J'.

| Creditor Name | Account Number | +/- | Original Amount | Balance or Date Paid | Monthly Payment |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Month   Year |

| Have you ever had a car or other merchandise repossessed? ☐ No  ☐ Yes, Name of Company | Have You Ever Filed Bankruptcy?  ☐ No  ☐ Yes, When |
|---|---|

## VEHICLE

| | Year | Make | Model | M.S.R.P. | LEASE |
|---|---|---|---|---|---|
| ☐ NEW ☐ USED ☐ DEMO | # Cyl. | Transmission  Equipped  ☐ Auto  ☐ Manual | ☐ Air Cond  ☐ Stereo Tape | ☐ Sun Roof  ☐ Cruise | ☐ Pwr. Window  ☐ Leath. Int. | ☐ Tilt  ☐ Other | Beginning Mileage | Gross Cap $ |
| Trade In Information | Year | Make | Model | Mileage | Where Financed/Leased | RETAIL | |

I (we) certify that the statements contained herein are true and that I (we) are not liable for any debts, other than specifically listed. The Bank is authorized to obtain any information which it deems necessary for approval including the acquisition of my entire driving record as kept by the Bureau of Motor Vehicles, or as kept by any other entity.

OHIO RESIDENTS. The Ohio law against discrimination requires that all creditors make credit equally available to all credit-worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

OHIO RESIDENTS: The Ohio Law acknowledges receipt of the Disclosure as required by the Equal Credit Opportunity Act

Purchaser/Lessee must be able to provide copy of valid driver's license.

| Sales Price | $ |
|---|---|
| Down Payment | $ |
| Net Trade | $ |
| Amt. Financed | $ |
| Term/Rate | / |
| Dealer | |
| Phone | |

| LEASE | |
|---|---|
| Gross Cap | $ |
| Cap Reduction | $ |
| Adjusted Cap | $ |
| Term (Months) | |
| Payment Amount | $ |

_Applicant's Signature (signed)_    10-05-99    Date

Co-Applicant's Signature    Date

NISSAN MOTOR ACCEPTANCE CORPORATION — *Signature* FINANCING

**Credit Application**

PROGRAM TYPE: _____

☒ INDIVIDUAL APPLICATION ☐ JOINT APPLICATION CLAIMED YOU APPLY AS AN INDIVIDUAL:

**APPLICANT** (PRINCIPAL DRIVER OF VEHICLE)  **JOINT APPLICANT** RELATIONSHIP _____

| Field | Applicant |
|---|---|
| FULL NAME | Juliett Murray |
| DATE OF BIRTH | 8/4/71 AGE 28 |
| SOCIAL SECURITY | 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-41319 |
| STREET ADDRESS | 9620 NW 26 Ave |
| CITY | Lauderhill STATE FL ZIP 33313 |
| HOME PHONE | 954-713-523 |
| PREVIOUS ADDRESS | 5135 NW 15 Ct P |
| CITY | Ft Lauderdale FL STATE FL ZIP 33313 |
| MONTHLY PAYMENT | 1.350 |

BANK NAME Washington Mutual Bank ACCT# 199200/7161

EMPLOYER NAME Picture People  3 YRS / HOW LONG
EMPLOYER ADDRESS 9632 NW St NW
POSITION/TITLE Graphic  ANNUAL SALARY 99,141-9433 165,100
PREVIOUS EMPLOYER/SCHOOL 1416 Brooklyn Ave  7 mo 6 mo

NEAREST RELATIVE (NOT LIVING WITH YOU) Nicole Murray  Sister
ADDRESS 15175 NW St #4 Pf Land
PAREND OR RELATIVE Athol Barnea  PHONE 954 1720.018

SIGNATURE OF APPLICANT J Murray  DATE 10-2-99

**PROPOSED FINANCING TERMS** | **VEHICLE DESCRIPTION**

RETAIL | LEASE | VIN _____
SALES PRICE | GROSS CAP |
DOWN PAYMENT | REDUCTION |
NET TRADE | ADJUSTED CAP |
AMT FINANCED | LEASE |
PROGRAM | PROGRAM |
TERM | PAYMENT | TERM |

*"N-CPCREDAPPL"*

LAUDERHILL          FL
County BROWARD

THE FOLLOWING DISCLOSURES ARE REQUIRED BY FLORIDA LAW:

• THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.

• THE VALID AND COLLECTIBLE LIABILITY INSURANCE AND PERSONAL INJURY PROTECTION INSURANCE OF ANY AUTHORIZED LEASING DRIVER IS PRIMARY FOR THE LIMITS FOR LIABILITY AND PERSONAL INJURY PROTECTION COVERAGE REQUIRED BY SECTIONS 324.021(7) AND 627.736, FLORIDA STATUTES. By signing this Lease you acknowledge that you have read the above notice and agree that the liability and personal injury insurance that you are required to maintain under this Lease will be primary insurance coverage for all purposes.

GUARANTY (FILL IN ONLY IF THERE IS A GUARANTOR)

Providian Auto Leasing Company
One East Fourth Street
Cincinnati, Ohio 45202

LESSOR

PLANTATION NISSAN/VOLVO
747 NORTH STATE RD 7
PLANTATION FL   33317
(954) 584-3322

PROVIDENT AUTO LEASING

JULIETT MURRAY
2420 NW 56 AVE
LAUDERHILL                FL 33313

OCT   2ND 1999
HOME: (954) 717-5731

| CUST # | STOCK # | YEAR-MAKE | MODEL | NEW/USED | SERIAL NO. | SALESMAN | |
|--------|---------|-----------|-------|----------|------------|----------|---|
| 160942Y722671 | NISSAN 00 | | MAXIMA | NEW | JN1CA31D3YT722671 | JOHNSON, K | 652 |

KEY NUMBERS   7380          DR2

CASH PRICE                              N/A      28,025.96
                                        N/A

08/04/71
LIMITED WARRANTY AND HOLDER
IN DUE COURSE ACKNOWLEDGED

| | | |
|---|---|---|
| ALLOWANCE ON TRADE-IN | | N/A |
| CASH TRADING DIFFERENCE | | N/A |
| SALES TAX | | 48.56 |
| NOTARY & SERVICE FEES | | 399.00 |
| LICENSE, TITLE & LIEN FEES | MVNEA | N/A |
| PAY-OFF ON TRADE-IN | | N/A |
| TOTAL DUE | | 28,473.52 |

CASH TO BE PAID
DEFERRED BALANCE                            28,473.52

TOTAL CREDIT                                28,473.52

PAYABLE IN0    PAYMENTS
376.97   EACH STARTING   11/01/99

YEAR, MAKE & MODEL OF TRADE-IN;

IDENTIFICATION NO.

| | |
|---|---|
| CREDIT LIFE | N/A |
| HEALTH & ACCIDENT | N/A |
| PHYSICAL DAMAGE | N/A |
| TOTAL INSURANCE | N/A |
| PRINCIPAL BALANCE | 28,473.52 |
| FINANCE CHARGES | N/A |
| TIME BALANCE | 22,618.20 |

PROVIDENT AUTO LEASING
309 VINE STREET DEPT 411
CINCINNATI          OH 45202

F&I MGR DIAZ, LAZA   SLS MGR  FERRUGIO,



One East Fourth Street
Mail Stop 610G
Cincinnati, Ohio 45202
17 March 2000

Detective Mike Scott
Plantation Police
451 NW 702 Terrace
Plantation, Florida 33317
Office:       954-797-2118
Fax:          954-797-2777

Dear Detective Mike Scott

Provident Bank will prosecute in the theft of a 2000 Nissan, Maxima, 4dr
sedan, vehicle identification number JN1CA31D3YT722671.

The theft of the vehicle was accomplished by use of *true name fraud* at the
time of purchase. On 2 October 1999 Provident Bank paid Plantation
Nissan/Volvo $27489.13 for the Maxima.  Provident Bank financed the loan
for purchase of the vehicle.

Please call if additional information is needed.

Thanks for your assistance,

Chuck Kreimer
Provident Bank
Security
513-345-7321

# PLANTATION POLICE DEPARTMENT
### VEHICLE INCIDENT / STORAGE REPORT

| Is this report taking the place of an incident report:<br>☐ YES ☒ NO | PPD CASE # ☐ SUPPLEMENT<br>0018-00-03 | OTHER AGENCY CASE # |
|---|---|---|

| DATE: 03/4/00 | Incident Time: 101 | Dispatch: | Arrival: | | Completed: |
|---|---|---|---|---|---|
| Complainant Name: | Address: | | | Phone<br>( ) | D.O.B. |

| INCIDENT TYPE | Crash ☐ | Disabled ☐ | Abandoned ☐ | Other ☐ |
|---|---|---|---|---|

| YEAR 99 | MAKE Acura | MODEL 3.5 | BODY STYLE 4 Dr. | COLOR(S) White |
|---|---|---|---|---|

TOWED FROM 5825 NW 135 st.     TOWED TO     TOWED BY     TIME · HOURS 1020     DATE 031400

| V.I.N. (VEHICLE IDENTIFICATION NUMBER) JN4KA9669XC009759 | STATE Fla. | YEAR 00. | TAG NUMBER A53-QWN | NCIC/FCIC: n/a |
|---|---|---|---|---|

**HOLD FOR:**

REGISTERED OWNER (NAME & ADDRESS)     OWNER NOTIFIED ☐ YES ☐ NO
Honda Leasing

☐ Proof of Ownership
☐ Road Patrol
☐ Traffic Unit
☐ Crime Scene Unit
☐ Detective Bureau
☐ V.I.N. Unit
☐ Other (Identify) _____
☐ NO HOLD
WHO AUTHORIZED A "HOLD"

OPERATOR (NAME, ADDRESS, & PHONE)     INCARCERATED ☒ YES ☐ NO
Juliette Munroe
5825 NW 135 st     Sunrise

**BOAT INFORMATION**

| YEAR | MAKE | REGISTRATION NUMBER | SIZE |
|---|---|---|---|

PL# _____ NAME _____

| COLOR (S) | SERIAL NUMBER |
|---|---|

**JOINT PROPERTY INVENTORY TAKEN BY OFFICER AND TOW TRUCK DRIVER ( CHECK APPROPRIATE ITEMS)**

MISCELLANEOUS PROPERTY IN VEHICLE AT TIME OF TOW *(TOOLS, CLOTHES, ETC.)*
~~tools~~ / Misc papers / cell phone cord

STANDARD PARTS MISSING FROM VEHICLE *(WHEELS, LIGHTS, ETC.)*

DAMAGE TO VEHICLE *(DENTED FENDERS, BROKEN WINDOWS, ETC.)*

| KEY IN IGNITION ☐YES ☐NO | TRUNK LOCKED ☐YES ☐NO | REGISTRATION PAPERS ☐YES ☐NO |
|---|---|---|

**NARRATIVE**

To Be forwarded to American Honda Financing.

**DOCUMENTS REQUIRED FOR RELEASE ARE:**          SIGNATURE OF OWNER AND/OR DRIVER
A    VALID DRIVER'S LICENSE *AND*
B    CURRENT REGISTRATION *OR* TITLE
C    OTHER PROOF OF RIGHT TO POSSESSION.     _____

WE, THE UNDERSIGNED OFFICER(S) AND TOW TRUCK DRIVER, HEREBY CERTIFY THAT THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

| TOW TRUCK DRIVERS SIGNATURE<br>X | IMPOUNDING OFFICER(S) SIGNATURE<br>X          X |
|---|---|

| TIME | DATE | RELEASED TO (NAME & ADDRESS) | PL# 7812 | DIVISION CID | SHIFT A | PL# | DIVISON | SHIFT |
|---|---|---|---|---|---|---|---|---|

DRIVERS LICENSE NUMBER          REVIEWED BY: - I D #

**WHITE** – RECORDS **GREEN** – DETECTIVE car in **CANARY** – DETECTIVE car out **PINK** - TOWING COMPANY **GOLD** - OWNER/IN VEHICLE

# PLANTATION POLICE DEPARTMENT
## VEHICLE INCIDENT / STORAGE REPORT

| Is this report taking the place of an incident report: ☐ YES ☐ NO | PPD CASE # ☒ SUPPLEMENT  0018-00-03 | | OTHER AGENCY CASE # |
|---|---|---|---|
| DATE: 032000 Incident Time: 2 | Dispatch: | Arrival: | Completed: |
| Complainant Name: | Address: | Phone ( ) | D.O.B. |

**INCIDENT TYPE**  Crash ☐  Disabled ☐  Abandoned ☐  Other ☐

| YEAR 2000 | MAKE NISSAN | MODEL MAXIMA | BODY STYLE 4 Dr | COLOR(S) GREEN |
|---|---|---|---|---|
| TOWED FROM 7200 NW 56 AVE | | TOWED TO C+C | TOWED BY C+C | TIME - HOURS 1700  DATE 032000 |

| V.I.N. (VEHICLE IDENTIFICATION NUMBER) JN1CA31D3YT722671 | STATE FM | YEAR 01 | TAG NUMBER 026-ACC | NCIC/FCIC |
|---|---|---|---|---|

**HOLD FOR:**

REGISTERED OWNER (NAME & ADDRESS)  Provident Auto Leasing  C/O Juliett Meecung   OWNER NOTIFIED ☒ YES ☐ NO

- ☐ Proof of Ownership
- ☐ Road Patrol
- ☐ Traffic Unit
- ☐ Crime Scene Unit
- ☒ Detective Bureau
- ☐ V.I.N. Unit
- ☐ Other (Identify) _____
- ☐ NO HOLD

OPERATOR (NAME, ADDRESS, & PHONE)  None        INCARCERATED ☐ YES ☐ NO

**BOAT INFORMATION**

| YEAR | MAKE | REGISTRATION NUMBER | SIZE |
|---|---|---|---|

| COLOR(S) | SERIAL NUMBER |
|---|---|

WHO AUTHORIZED A "HOLD"
PL# 7912  NAME Melton

**JOINT PROPERTY INVENTORY TAKEN BY OFFICER AND TOW TRUCK DRIVER ( CHECK APPROPRIATE ITEMS)**

MISCELLANEOUS PROPERTY IN VEHICLE AT TIME OF TOW *(TOOLS, CLOTHES, ETC.)*
Blanket in trunk / 2 cassettes / misc papers.

STANDARD PARTS MISSING FROM VEHICLE *(WHEELS, LIGHTS, ETC.)*

DAMAGE TO VEHICLE *(DENTED FENDERS, BROKEN WINOWS, ETC.)*

KEY IN IGNITION ☒YES ☐NO | TRUNK LOCKED ☐YES ☒NO | REGISTRATION PAPERS ☒YES ☐NO

**NARRATIVE**

Vehicle was taken by identity fraud.

DOCUMENTS REQUIRED FOR RELEASE ARE:
A. VALID DRIVER'S LICENSE AND
B. CURRENT REGISTRATION OR TITLE
C. OTHER PROOF OF RIGHT TO POSSESSION.

SIGNATURE OF OWNER AND/OR DRIVER
_____

WE, THE UNDERSIGNED OFFICER(S) AND TOW TRUCK DRIVER, HEREBY CERTIFY THAT THE ABOVE LISTED JOINT PROPERTY INVENTORY IS CORRECT TO THE BEST OF OUR KNOWLEDGE.

| TOW TRUCK DRIVERS SIGNATURE | | IMPOUNDING OFFICER(S) SIGNATURE | | |
|---|---|---|---|---|
| X      05 | | X   Melton | X | |
| TIME | DATE | RELEASED TO (NAME & ADDRESS) | PL # 7912 | DIVISION C/D | SHIFT 0 | PL# | DIVISON | SHIFT |
| DRIVERS LICENSE NUMBER | | | REVIEWED BY: - I.D. # | | | |

**MICHAEL J. SATZ**
**STATE ATTORNEY**
SEVENTEENTH JUDICIAL CIRCUIT OF FLORIDA
BROWARD COUNTY COURT
**FORT LAUDERDALE, FLORIDA 33301-3360**
PHONE(954)831-8989

FAX (954)831-5615

---

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Det Mike Scott | FROM: ASA: PETER F. LAPORTE  LLOYD |
| | SECRETARY: PETULA L DILIDDO |
| COMPANY PCPD | DATE 8/30/01 |
| FAX NUMBER 797-2777 | TOTAL NO. OF PAGES INCLUDING COVER 3 |
| PHONE NUMBER | SENDER'S REFERENCE NUMBER |
| RE | YOUR REFERENCE NUMBER |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS

```
[BOOK T196933AUG3001](0103)[INQ]    [FELONY USER]                  NEXT:[   ]
         ******  STATE ATTORNEY'S BOOKING SCREEN  ******  [FELNY]Menu: X
Booking # [PL00] ^000395) [ ] Offen. Rep# [PL00] ^000300181 Find Book/Case [B]
Name  [MURRAY          ] [JULIETT  ] [R]  JUVY: [N]    Lab no: [            ]
Alias [              ] [          ] [ ]  GANG: [N] ^0000] W-IN: [A] BAT: [N]
Addrs [5825 NW 13 ST        ] City [SUNRISE  ] St [FL]        ORG: [C]
    [B]        [B]  [F]  [504] [180]  [  ] [BLK] [080471] [023660335] [N]
BLACK        Rce  Sex  Hgt  Wgt  Eye  Hair    DOB      SS #        Y/N
1s Arrst [0314] [2000] [PLC0] ^000385] [ ]  Offense Date:[1002] [1999]  Seal
Arrest Addr  [5825 NW 13TH STREET   ]  City  [COUNTY      ]
Officer/Agcy [PLPD   ] [PLANTATION POLI]  BCCN#: ^0233355[ ; ]  DOC#: [      ]
SUBPOENA DATA:  Physician Rpt# [          ] Medical Examiner Rpt# [        ]
Victim Name  [                     ]    Treatment Date [   ] [      ]
COURT DATA: Filing [FCF]  Trial] [FTU]  Case Status [31] CLOSED
COURT CASE:   ^00] ^004988] [CF] ^10] [A ] P/S [ ]    SA Intake # [0015344  ]
FSA  ^0075]  [MR. S. PEACOCK     ]  Judge [T] [05FF] [ ] [STANTON KAPLAN ]
ASA  ^0553]  [MR. K. LEWIS       ]  [0000]      Defense  [ANTHONY BORRAS ]
Lead Charge  [817.568(2)      ]  [CRIMINAL USE PERSONAL INDENTIF]  Type: [F]
CITATION: ^0000000] [   ]  Case Type: [191]  PLED NCLO AS CHGD
Present Dt [0315] [2000]    Last File Loc [REC] [ARC] From [FTU] [02/21/2001]
Fil/Dec Dt [03/29/2000]    21-days date [04/03/2000] ReArrest [0000] .0000]
LastSub Dt [07/20/2000]       Speed Trl Dt [06/12/2000]  [VT TYPE CHARGE ]
Dispos Dt [07/20/2000]Sent Dt 07/20/2000]Msg [ NOTES exist for this case  ]
 * [ ]   :                                         ][ ]XMIT: [@]
```

```
[CGSCRT196934AUG3001][0108]        [FELONY USER]                  NEXT:[  ]
  --CHARGE SCREEN--                                    [FELNY]Menu: X
BOOK# [PLOO] ^000385] [ ]        CASE# ^00] ^004988] [CF] [10] [A ] B/C: [B]
DEF  [MURRAY , JULIETT R      ]                    ASA [MR. K. LEWIS   ]
 Ct Typ Statute      Acc Aj Fee    Date    Jail   Prob  C.Cnt DLS  Min FA DrG
 Charge                           Typ Deg Reason               Wait Dok P/J
 001 D 817.566(2)    D  N 013510 0720-2000     5YS  1Y
  CHARGE: CRIMINAL USE PERSONAL IDENTI CF  3  RSN:PLED NOLO AS CHGD  N   N
 002 D 812.014(2)(C)6  D  N     0720-2000     5YS  1Y
  CHARGE: GRAND THEFT/AUTO          CF  3  RSN:PLED NOLO AS CHGD




Maint: [ ]  ^000]- ^000]  [            ] [          ] [            ]
       A/C/I  Seq Number  Present/Arrest    Filed Statute   Disposed Statute
Act [ ] Reason [   ]          ] Firearm [ ]ABCN [ ]Y/N  Min Mand [  ]
Date: [   ]- [    ] Adj [ ] Jail [    ] Prob [    ] DLS [    ] Drug/Grg
Court Fee ^000000] Sen Cod [   ]              ]Comm.Cnt [      ] [ ]D/G
 [ ]              ** END OF RECORDS **                              [@]
```